AO 440 (Rev. 10/2002) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: _____

JANE DOE   102

Plaintiff

v.

JEFFREY EPSTEIN

Defendant

**09-80656**

**CIV-RYSKAMP**

MAGISTRATE JUDGE
VITUNAC

### SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)
Jeffrey Epstein
Palm Beach County Stockade
West Palm Beach, FL
and/or by serving his counsel:
Jack A. Goldberger, Esq., 250 S. Australian Ave., Suite 1400, West Palm Beach, FL 33401 OR Robert D. Critton, Jr., Esq., 515 N. Flagler Drive, Suite 400, West Palm Beach, FL 33401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert C. Josefsberg, Esq./Katherine W. Ezell, Esq.
Podhurst Orseck, P.A.
25 W. Flagler St., Suite 800
Miami, FL 33130

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Steven M. Larimore**
CLERK OF COURT

MAY - 1 2009
DATE

_Autumn Sandoval_
(BY) DEPUTY CLERK