UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-80656-CIV-RYSKAMP/VITUNAC

JANE DOE NO. 102,

    Plaintiff,

v.

JEFFREY EPSTEIN,

    Defendant.
_____/

### ORDER OF TRANSFER

THIS CAUSE comes before the Court *sua sponte*. The above-styled case is related to multiple actions pending before the Honorable Kenneth A. Marra that have been filed against Defendant Jeffrey Epstein. Pursuant to Local Rule 3.9, it is hereby

ORDERED AND ADJUDGED that the above numbered case is hereby **TRANSFERRED** to the Honorable Kenneth A. Marra.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 12 day of May, 2009.

*/s/ Kenneth L. Ryskamp*
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above numbered Cause, the undersigned hereby accepts the transfer of said case. Therefore, it is

ORDERED AND ADJUDGED that all pleadings hereinafter filed shall bear the following case number, 09-80656-CIV-MARRA, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this 13 day of May, 2009.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE