UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE NO. 2,                                  CASE NO.: 08-CV-80119-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

JANE DOE NO. 3,                                  CASE NO.: 08-CV-80232-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

JANE DOE NO. 4,                                  CASE NO.: 08-CV-80380-MARRA/JOHNSON

    Plaintiff,

vs.  JEFFREY EPSTEIN,

    Defendant.
_____/

JANE DOE NO. 5,                                  CASE NO.: 08-CV-80381-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

   Defendant.
_____/

JANE DOE NO. 6,        CASE NO.: 08-80994-CIV-MARRA/JOHNSON

   Plaintiff,

vs.

JEFFREY EPSTEIN,

   Defendant.
_____/

JANE DOE NO. 7,        CASE NO.: 08-80993-CIV-MARRA/JOHNSON

   Plaintiff,

vs.

JEFFREY EPSTEIN,

   Defendant.
_____/

C.M.A.,           CASE NO.: 08-80811-CIV-MARRA/JOHNSON

   Plaintiff,

vs.

JEFFREY EPSTEIN,

   Defendant.
_____/

JANE DOE,         CASE NO.: 08- 80893-CIV-MARRA/JOHNSON

   Plaintiff,

vs.

JEFFREY EPSTEIN et al,

     Defendants.
_____/

DOE II,                                         CASE NO.: 09- 80469-CIV-MARRA/JOHNSON

     Plaintiff,

vs.

JEFFREY EPSTEIN et al,

     Defendants.
_____/

JANE DOE NO. 101,                      CASE NO.: 09- 80591-CIV-MARRA/JOHNSON

     Plaintiff,

vs.

JEFFREY EPSTEIN,

     Defendant.
_____/

JANE DOE NO. 102                       CASE NO.: 09- 80656-CIV-MARRA/JOHNSON

     Plaintiff,

vs.

JEFFREY EPSTEIN,

     Defendant.
_____/

## ORDER CONSOLIDATING CASES FOR PURPOSES OF DISCOVERY AND PROCEDURAL MOTIONS THAT RELATE TO MULTIPLE CASES

THIS CAUSE is before the Court *sua sponte*.   In the interests of judicial economy and

efficiency, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled cases are hereby **CONSOLIDATED** for purposes of discovery and for procedural motions that relate to multiple cases.

2. Hereinafter, all motions and other court filings that relate to discovery and all procedural motions that relate to multiple cases shall be styled with all of the case names and numbers, consistent with the styling of this Order, and shall be **FILED ONLY IN** <u>Jane Doe No. 2 v. Epstein</u>, case no. 08-80119, which is the lowest-numbered pending case. Any motions styled incorrectly or filed in multiple cases will be stricken from the docket for failure to follow the Court's Order.

3. The parties may file separate motions to dismiss, answers to the complaint, summary judgment motions, motions in limine and other substantive motions that pertain to their individual cases and their individual trials under their individual case styles.

4. Production of documents by any party or non-party that relate to multiple cases need be produced only once.

5. Defendant is limited to a single deposition of each Plaintiff, during which Defendant may depose the Plaintiff as both a party and a witness.

6. Defendant(s) may be deposed only once.

7. Any other witnesses common to multiple cases may be deposed only once.

8. For depositions, Local Rule 26.1 K (limiting deposition time to one day of seven hours) is waived so as to allow each party an adequate opportunity to develop fully the record as it may relate to that party. However, this waiver shall not be construed as authority for any party to take unnecessarily long depositions, or abuse the process. Any abuses of this waiver

shall result in the imposition of appropriate sanctions against the offending party.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of May, 2009

                                                    KENNETH A. MARRA
                                                  United States District Judge

Copies furnished to:
all counsel of record
Magistrate Judge Linnea R. Johnson