UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE NO. 2,   CASE NO.: 08-CV-80119-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

JANE DOE NO. 3,   CASE NO.: 08-CV-80232-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

JANE DOE NO. 4,   CASE NO.: 08-CV-80380-MARRA/JOHNSON

    Plaintiff,

vs.  JEFFREY EPSTEIN,

    Defendant.
_____/

JANE DOE NO. 5,   CASE NO.: 08-CV-80381-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

      Defendant.
_____/

JANE DOE NO. 6,                       CASE NO.: 08-80994-CIV-MARRA/JOHNSON

      Plaintiff,

vs.

JEFFREY EPSTEIN,

      Defendant.
_____/

JANE DOE NO. 7,                       CASE NO.: 08-80993-CIV-MARRA/JOHNSON

      Plaintiff,

vs.

JEFFREY EPSTEIN,

      Defendant.
_____/

C.M.A.,                                       CASE NO.: 08-80811-CIV-MARRA/JOHNSON

      Plaintiff,

vs.

JEFFREY EPSTEIN,

      Defendant.
_____/

JANE DOE,                              CASE NO.: 08- 80893-CIV-MARRA/JOHNSON

      Plaintiff,

vs.

JEFFREY EPSTEIN et al,

    Defendants.
_____/

DOE II,                               CASE NO.: 09- 80469-CIV-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN et al,

    Defendants.
_____/

JANE DOE NO. 101,                     CASE NO.: 09- 80591-CIV-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

JANE DOE NO. 102                      CASE NO.: 09- 80656-CIV-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

**ORDER REQUESTING THE UNITED STATES TO PROVIDE ITS POSITION REGARDING DEFENDANT EPSTEIN'S MOTION TO STAY/CONTINUE THE CIVIL CASES PENDING AGAINST HIM**

    THIS CAUSE is before the Court upon the motions filed in several cases by Defendant

Jeffrey Epstein to Stay and/or Continue the Action for Time Certain Based on Parallel Civil and Criminal Proceedings.  See, e.g., docket entry 51 in C.M.A. v. Epstein and Kellen, case no. 08-80811 (attached).  Epstein moves for a stay until the expiration of the Non-Prosecution Agreement ("NPA") with the United States Attorney's Office (USAO) because, he claims, the USAO has taken the position that he is violating the NPA by defending the civil actions filed against him.  Therefore, he argues that he cannot defend the civil actions without subjecting himself to criminal prosecution.

While the Court recognizes that the United States is not a party to these actions and is not obligated to comment on this matter, the position of the United States would greatly assist the Court in resolving the merits of these motions to continue/stay the case. Accordingly, the Court requests that the United States provide its position on the matter.  The Court would appreciate the governments position within 15 days if possible.  If the United States is unwilling to state its position, the Court would also appreciate being so advised.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of May, 2009

                                                KENNETH A. MARRA
                                                United States District Judge

Copies furnished to:
all counsel of record
Ann Marie Villafana   Ann.Marie.C.Villafana@usdoj.gov