Case 9:08-cv-80804-KAM   Document 29   Entered on FLSD Docket 08/21/2008   Page 3 of 9

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT
### SEARCH WARRANT RETURN
DETECTIVE BUREAU

PBPD Form #52

| ☐ PROPERTY | ☐ FOUND | ☐ DECEASED (Probated) | ☐ PERSONAL | ☐ CONFISCATED | ☐ DESTROY |
|---|---|---|---|---|---|
| ☑ EVIDENCE | ☑ TRIAL | ☐ LABORATORY | ☐ STOLEN/RECOVERED | ☐ OTHER | |

| INCIDENT/CITATION NUMBER | DATE/TIME RECOVERED | PROPERTY NUMBER (Leave Blank) | BIN NUMBER (Leave Blank) |
|---|---|---|---|
| 05-368 | 10-20-2005 | 05-1024 | |

ADDRESS WHERE PROPERTY IMPOUNDED: 358 El Brillo

| | ADDRESS | Street | City | Zip | PHONE NUMBER |
|---|---|---|---|---|---|
| DISCOVERED BY / D.O.B. | | | | | |
| OWNER / VICTIM'S NAME / D.O.B. | | | | | |
| SUSPECT'S NAME / D.O.B. 1-20-53 Epstein, Jeff | 358 El Brillo | | | | |
| ADDT'L SUSPECT / D.O.B. | | | | | |

SPECIAL INSTRUCTIONS

FOUND PROPERTY 90 DAYS   CLAIM ☐   NOT CLAIM ☐

EXHIBIT "A"

| ITEM # | QUANTITY | VALUE | DESCRIPTION |
|---|---|---|---|
| 1 | 1 | | Phone message book (kitchen) |
| 2 | 3 | | Phone message book (office off kitchen) |
| 3 | 3 | | file folder (messages) w/ 3 more files (purple) marked Amber + Chi |
| 4 | 1 | | Shredded paper marked Kitchen |
| 5 | 1 | | orange file folder marked massage — items 2-5 from office off kitchen |
| 6 | 1 | | Beige massage table — from closet foyer |
| 7 | 1 | | Brown massage table — foyer |
| 8 | 1 | | Black framed photo of nude girl |
| 9 | 99 | | Pictures in front — items 1-8 from closet |
| 10 | 8 | | 7 from Yellow/Blue room off kitchen, office |
| 11 | 8 | | Photos from office off Pool area |
| 12 | 2 | | Photos taken on loft — Living Room off Pool area |
| 13 | 2 | | Pictures in isle on right |

TOTAL PACKAGE WEIGHT

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a police officer.

SIGNATURE _____ DATE _____ SIGNATURE _____ 7915 D2 ID# UNIT

RECEIVED BY   REASON   DATE/TIME RECEIVED

I, Joseph Recarey, the officer by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all the property taken by me, under the authority of this warrant.

Sworn to and subscribed before me this 21 day of October 2005.

#7915   Cheryl A. Burns

EXHIBIT "A"

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT
### SEARCH WARRANT RETURN
**DETECTIVE BUREAU**

PBPD Form #82

| ☐ PROPERTY | ☐ FOUND | ☐ DECEASED (Probated) | ☐ PERSONAL | ☐ CONFISCATED | ☐ DESTROY |
|---|---|---|---|---|---|
| ☒ EVIDENCE | ☒ TRIAL | ☐ LABORATORY | ☐ STOLEN/RECOVERED | ☐ OTHER | |

| INCIDENT/CITATION NUMBER | DATE/TIME RECOVERED | PROPERTY NUMBER (Leave Blank) | BIN NUMBER (Leave Blank) |
|---|---|---|---|
| 05-368 | 10-20-05 | 05-1024 | |

**ADDRESS WHERE PROPERTY IMPOUNDED:** 358 El-Brillo

| | ADDRESS | Street | City | Zip | PHONE NUMBER |
|---|---|---|---|---|---|
| DISCOVERED BY / D.O.B. | | | | | |
| OWNER / VICTIM'S NAME / D.O.B. | | | | | |
| SUSPECT'S NAME / D.O.B. 01-20-53 Epstein, Jeff | 358 El Brillo | | | | |
| ADD'TNL SUSPECT / D.O.B. | | | | | |

**SPECIAL INSTRUCTIONS:**

**FOUND PROPERTY 90 DAYS:** ☐ CLAIM ☐ NOT CLAIM

| ITEM# | QUANTITY | VALUE | DESCRIPTION |
|---|---|---|---|
| 13 | 2 | ✓ | VHS tapes from (?) data by Paul |
| 14 | 2 | ✓ | CD's marked Happy Birthday ↑ credenza ___ |
| 15 | 3 | ✓ | Photos framed from cabana |
| 16 | 1 | ✓ | message book 1st floor S/W corner (top) |
| 17 | 1 | ✓ | message book (from inside) |
| 18 | 3 | ✓ | CD's from desk |
| 19 | 1 | ✓ | DVD from desk (items # 16,19,20,21 |
| 20 | unframed | | Photos from desk   from 1st floor S.W.) |
| 21 | 2 | ✓ | framed Photos from desk     (corner office) |
| 22 | 2 | ✓ | framed Photos from table in S/W corner office |
| 23 | 3 | | Soap on Rope (NE Bedroom) (wh. brown) |
| 24 | 2 | | Tiny Torpedo in Brown box |
| 25 | 2 | ✓ | Soap on Rope (middle Bedroom) Bathroom |
| 26 | 1 | | large framed Picture (from foyer into master bedroom) |

**TOTAL PACKAGE WEIGHT:**

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a police officer.

ID# 7915    UNIT D2

| SIGNATURE | DATE | SIGNATURE | | |
|---|---|---|---|---|
| RECEIVED BY | | REASON | | DATE/TIME RECEIVED |

## PALM BEACH POLICE DEPARTMENT
### PROPERTY RECEIPT
### SEARCH WARRANT RETURN

DETECTIVE BUREAU

PBPD Form #52

| ☐ PROPERTY | ☐ FOUND | ☐ DECEASED (Probated) | ☐ PERSONAL | ☐ CONFISCATED | ☐ DESTROY |
|---|---|---|---|---|---|
| ☒ EVIDENCE | ☒ TRIAL | ☐ LABORATORY | ☐ STOLEN/RECOVERED | ☐ OTHER | a b |

| INCIDENT/CITATION NUMBER | DATE/TIME RECOVERED | PROPERTY NUMBER (Leave Blank) | BIN NUMBER (Leave Blank) |
|---|---|---|---|
| 05-368 | 10-20-05 | 05-1024 | |

**ADDRESS WHERE PROPERTY IMPOUNDED:** 358 El Brillo

| | ADDRESS Street City Zip | PHONE NUMBER |
|---|---|---|
| DISCOVERED BY / D.O.B. | | |
| OWNER / VICTIM'S NAME / D.O.B. | | |
| SUSPECT'S NAME / D.O.B. 01-20-53 Epstein, Jeff | 358 El Brillo | |
| ADDTNL. SUSPECT / D.O.B. | | |

SPECIAL INSTRUCTIONS

FOUND PROPERTY   CLAIM ☐
90 DAYS          NOT CLAIM ☐

| ITEM # | QUANTITY | VALUE | DESCRIPTION |
|---|---|---|---|
| 27 | 1 | NCV | School transcript, Alexander Hall, master bedroom desk |
| 28 | 1 | M | Bottle of joy jelly, master bedroom credenza, master bedroom |
| 29 | 3 | NCV | Videotapes ½" Sex in City, Eatin Janine, I love lesbians four, master b. bedroom |
| 30 | 6 | NCV | Framed photos from mens bathroom — master bedroom |
| 31 | 1 | NCV | Green massage table, mens bathroom — master bedroom → DNA tech's greg |
| 32 | 1 | NCV | Thrifty rental agreement from Chevrolet Suburban (copied) |
| 33 | 1 | NCV | Note from Johanna from Chevrolet Suburban |
| 34 | UKB | 11 | CD's from office of K. Echen |
| 35 | 6 | | Zip CD's from book case RETURN |
| 36 | 2 | | 8mm video tapes from book case RETURN |
| 37 | 4 | | Compact flash cards from book case RETURN |
| 38 | 1 | | Flashcard from camera on book case RETURN TO OWNER |
| 39 | 3 | | Zip CD's from book case RETURN |
| 40 | 30 | | CD's from book case (items 35-40 from guest house) RETURN |

TOTAL PACKAGE WEIGHT

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a police officer.

SIGNATURE _____ DATE _____   SIGNATURE _____   ID# 7515   UNIT D2

| RECEIVED BY | REASON | DATE/TIME RECEIVED |
|---|---|---|
| | | |

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT
### DETECTIVE BUREAU

SEARCH WARRANT RETURN

PBPD Form #52

| ☐ PROPERTY | ☐ FOUND | ☐ DECEASED (Probated) | ☐ PERSONAL | ☐ CONFISCATED | ☐ DESTROY |
| ☑ EVIDENCE | ☑ TRIAL | ☐ LABORATORY | ☐ STOLEN/RECOVERED | ☐ OTHER  Lab |

INCIDENT/CITATION NUMBER: 05-368
DATE/TIME RECOVERED: 10-20-05
PROPERTY NUMBER: 05-1024
BIN NUMBER:

ADDRESS WHERE PROPERTY IMPOUNDED: 358 El Brillo

DISCOVERED BY / D.O.B.:
OWNER'S NAME / D.O.B.:
SUSPECT'S NAME / D.O.B.: Epstein, Jeff — ADDRESS: 358 El Brillo
ADDT'NL. SUSPECT / D.O.B.:

SPECIAL INSTRUCTIONS:

FOUND PROPERTY - 90 DAYS — CLAIM ☐ / NOT CLAIM ☐

| ITEM # | QUANTITY | VALUE | DESCRIPTION |
|---|---|---|---|
| 41 | 11 | 1 | Floppy disks from desk middle shelf  Return |
| 42 | 1 | * | 2.0 drive disk from guest room  Return |
| 43 | 1 | | Power cord for CPU from guest room |
| 44 | 1 | | CPU from Guest Bedroom |
| 45 | 10 | | 8mm video tapes in Guest Bedroom  Return |
| 46 | 1 | | Maxell CD-R in guest bedroom  Return (copy) |
| 47 | 8/10 | * | Diskette in Clear Box  Return |
| 48 | 2 | | Zip Disks from guest room  Return |
| | | | Items # 35 – 48 from guest bedroom  Return |
| 49 | 1 | | message book from guesthouse office  Return |
| 50 | 1 | | message book  Return |
| 51 | 2 | | Compact flash cards  from |
| 52 | 6 | | CD's  Return #49-5?  guesthouse office  Return |
| 53 | 1 | | CPU from guesthouse office  Return |

TOTAL PACKAGE WEIGHT

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

SIGNATURE _____  DATE _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a police officer.

SIGNATURE _____  ID# 7915  UNIT D2

RECEIVED BY _____  REASON _____  DATE/TIME RECEIVED _____

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT
### DETECTIVE BUREAU

PAGE 5 of 8

PBPD Form #62 — SEARCH WARRANT RETURN

| ☐ PROPERTY | ☐ FOUND | ☐ DECEASED (Probated) | ☐ PERSONAL | ☐ CONFISCATED | ☐ DESTROY |
| ☒ EVIDENCE | ☒ TRIAL | ☐ LABORATORY | ☐ STOLEN/RECOVERED | ☐ OTHER | Lab |

| INCIDENT/CITATION NUMBER | DATE/TIME RECOVERED | PROPERTY NUMBER (Leave Blank) | BIN NUMBER (Leave Blank) |
|---|---|---|---|
| 05-368 | 10-20-05 | 05-1024 | |

ADDRESS WHERE PROPERTY IMPOUNDED: 358 El Brillo Palm Beach

| | ADDRESS | Street | City | Zip | PHONE NUMBER |
|---|---|---|---|---|---|
| DISCOVERED BY / D.O.B: | | | | | |
| OWNER'S NAME / D.O.B: | | | | | |
| SUSPECT'S NAME / D.O.B. 01-20-53: Epstein, Jeff | 358 El Brillo | | | | |
| ADDT'NL SUSPECT / D.O.B: | | | | | |

SPECIAL INSTRUCTIONS: FOUND PROPERTY 90 DAYS — CLAIM ☐ / NOT CLAIM ☐

| ITEM # | QUANTITY | VALUE | DESCRIPTION |
|---|---|---|---|
| 54 | 1 | | Power cord to CPU (#53) — Return |
| 55 | 1 | * | CPU from office off kitchen (Halz + ?) — Returned (Jukebration) |
| 56 | 1 | | Power cord to item #55 |
| 57 | 3 | | CD's Album #55-57 from Office off Kitchen — Return |
| 58 | 1 | * | Peach message table upstairs bedroom |
| | | | RETURN |
| | | | RETURN |
| | | | RETURN |
| | | | RETURN RETURN |
| | | | RETURN |

TOTAL PACKAGE WEIGHT:

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a police officer.

ID# 7915 D2

| SIGNATURE | DATE | SIGNATURE | ID# | UNIT |
| RECEIVED BY | | REASON | DATE/TIME RECEIVED |

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT

PAGE 6 of 6

S/W RETURN

DETECTIVE BUREAU

PBPD Form #52

| ☐ PROPERTY | ☐ FOUND | ☐ DECEASED (Probated) | ☐ PERSONAL | ☐ CONFISCATED | ☐ DESTROY |
|---|---|---|---|---|---|
| ☒ EVIDENCE | ☒ TRIAL | ☐ LABORATORY | ☐ STOLEN/RECOVERED | ☐ OTHER | lab |

| INCIDENT/CITATION NUMBER | DATE/TIME RECOVERED | PROPERTY NUMBER (Leave Blank) | BIN NUMBER (Leave Blank) |
|---|---|---|---|
| 05- | 10 2005 1410 | -05-1024 | |

ADDRESS WHERE PROPERTY IMPOUNDED: 358 EL Brillo

| | ADDRESS | Street | City | Zip | PHONE NUMBER |
|---|---|---|---|---|---|
| DISCOVERED BY / D.O.B. | | | | | |
| OWNER'S NAME / D.O.B. | | | | | |
| SUSPECT'S NAME / D.O.B. EPSTEIN Jeff 1-20-53 | 358 EL Brillo | | | | |
| ADDT'NL SUSPECT / D.O.B. | | | | | |

SPECIAL INSTRUCTIONS

FOUND PROPERTY 90 DAYS — CLAIM ☐ NOT CLAIM ☐

| ITEM # | QUANTITY | VALUE | DESCRIPTION | |
|---|---|---|---|---|
| 9 | 1 | | GREEN PHOTO FRAME with NAKED GIRL | Return |
| | | | | Return |
| | | | | Return |
| | | | | RETURN |
| | | | | RETURN |
| | | | | RETURN |
| | | | | RETURN |
| | | | | RETURN |
| | | | RETURN | RETURN |
| | | | | RETURN |

TOTAL PACKAGE WEIGHT

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a police officer.

SIGNATURE / DATE / SIGNATURE / ID# 1915 / UNIT D2

| RECEIVED BY | REASON | DATE/TIME RECEIVED |
|---|---|---|
| AB 8338 | 6 | 10-20-05 1500 |