UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


JANE DOE NO. 2,                    CASE NO.: 08-CV-80119-MARRA/JOHNSON

       Plaintiff,

vs.

JEFFREY EPSTEIN,

       Defendant.
_____/

JANE DOE NO. 3,                    CASE NO.: 08-CV-80232-MARRA/JOHNSON

       Plaintiff,

vs.

JEFFREY EPSTEIN,

       Defendant.
_____/

JANE DOE NO. 4,                    CASE NO.: 08-CV-80380-MARRA/JOHNSON

       Plaintiff,

vs.

JEFFREY EPSTEIN,

       Defendant.
_____/

JANE DOE NO. 5,                    CASE NO.: 08-CV-80381-MARRA/JOHNSON

       Plaintiff,

vs.

JEFFREY EPSTEIN,

       Defendant.
_____/

1

JANE DOE NO. 6,                    CASE NO.: 08-CV-80994-MARRA/JOHNSON

   Plaintiff,

vs.

JEFFREY EPSTEIN,

   Defendant.

_____/


JANE DOE NO. 7,                    CASE NO.: 08- CV-80993-MARRA/JOHNSON

   Plaintiff,

vs.

JEFFREY EPSTEIN,

   Defendant.

_____/

C.M.A.,                            CASE NO.: 08- CV-80811 -MARRA/JOHNSON

   Plaintiff,

vs.

JEFFREY EPSTEIN,

   Defendant.

_____/

JANE DOE,                          CASE NO.: 08- CV-80893-MARRA/JOHNSON

   Plaintiff,

vs.

JEFFREY EPSTEIN, et al.,

   Defendant.

_____/

DOE II,                            CASE NO.: 08-CV- 80469-MARRA/JOHNSON

                    Plaintiff,

vs.

JEFFREY EPSTEIN et al.,

                    Defendant.

_____/

JANE DOE NO. 101,                    CASE NO.: 08- CV-80591-MARRA/JOHNSON

                    Plaintiff,

vs.

JEFFREY EPSTEIN,

                    Defendant.

_____/

JANE DOE NO. 102,                    CASE NO.: 08- CV-80656-MARRA/JOHNSON

                    Plaintiff,

vs.

JEFFREY EPSTEIN,

                    Defendant.

_____/

## <u>NOTICE OF FILING PROPOSED ORDER</u>

Plaintiffs, Jane Does 2-7, by and through their undersigned counsel, hereby file the attached Proposed Order in reference to document no. 111 filed in case no. 08-80119 on May 21, 2009.

Dated: May 27, 2009                    Respectfully submitted,

                    By:____s/ Adam D. Horowitz_____
                        Stuart S. Mermelstein (FL Bar No. 947245)
                        ssm@sexabuseattorney.com
                        Adam D. Horowitz (FL Bar No. 376980)
                        ahorowitz@sexabuseattorney.com
                        MERMELSTEIN & HOROWITZ, P.A.
                        *Attorneys for Plaintiffs*
                        18205 Biscayne Blvd., Suite 2218

3

Miami, Florida  33160
Tel:  (305) 931-2200
Fax: (305) 931-0877

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 27, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day to all parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

_____/s/ Adam D. Horowitz_____.

**SERVICE LIST**
**DOE vs. JEFFREY EPSTEIN**
**United States District Court, Southern District of Florida**

Jack Alan Goldberger, Esq.
jgoldberger@agwpa.com

Robert D. Critton, Esq.
rcritton@bclclaw.com

Bradley James Edwards
bedwards@rra-law.com

Isidro Manuel Garcia
isidrogarcia@bellsouth.net

Jack Patrick Hill
jph@searcylaw.com
Katherine Warthen Ezell
KEzell@podhurst.com

Michael James Pike
MPike@bclclaw.com

Paul G. Cassell
cassellp@law.utah.edu

Richard Horace Willits
lawyerwillits@aol.com

Robert C. Josefsberg
rjosefsberg@podhurst.com

_____/s/ Adam D. Horowitz_____