UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JANE DOE NO. 2, | CASE NO.: 08-CV-80119-MARRA/JOHNSON |
| Plaintiff, | |
| vs. | |
| JEFFREY EPSTEIN, | |
| Defendant. | |
| _____/ | |
| JANE DOE NO. 3, | CASE NO.: 08-CV-80232-MARRA/JOHNSON |
| Plaintiff, | |
| vs. | |
| JEFFREY EPSTEIN, | |
| Defendant. | |
| _____/ | |
| JANE DOE NO. 4, | CASE NO.: 08-CV-80380-MARRA/JOHNSON |
| Plaintiff, | |
| vs. | |
| JEFFREY EPSTEIN, | |
| Defendant. | |
| _____/ | |
| JANE DOE NO. 5, | CASE NO.: 08-CV-80381-MARRA/JOHNSON |
| Plaintiff, | |
| vs. | |
| JEFFREY EPSTEIN, | |
| Defendant. | |
| _____/ | |
| JANE DOE NO. 6, | CASE NO.: 08-CV-80994-MARRA/JOHNSON |
| Plaintiff, | |

vs.

JEFFREY EPSTEIN,

       Defendant.
_____/

JANE DOE NO. 7,                        CASE NO.: 08- CV-80993-MARRA/JOHNSON

       Plaintiff,
vs.

JEFFREY EPSTEIN,

       Defendant.
_____/

C.M.A.,                                  CASE NO.: 08- CV-80811 -MARRA/JOHNSON

       Plaintiff,
vs.

JEFFREY EPSTEIN,

       Defendant.
_____/

JANE DOE,                            CASE NO.: 08- CV-80893-MARRA/JOHNSON

       Plaintiff,
vs.

JEFFREY EPSTEIN, et al.,

       Defendant.
_____/

DOE II,                                   CASE NO.: 08-CV- 80469-MARRA/JOHNSON

       Plaintiff,
vs.

JEFFREY EPSTEIN et al.,

       Defendant.
_____/

| | |
|---|---|
| JANE DOE NO. 101, | CASE NO.: 08- CV-80591-MARRA/JOHNSON |
| Plaintiff, | |
| vs. | |
| JEFFREY EPSTEIN, | |
| Defendant._____/ | |
| JANE DOE NO. 102, | CASE NO.: 08- CV-80656-MARRA/JOHNSON |
| Plaintiff, | |
| vs. | |
| JEFFREY EPSTEIN, | |
| Defendant._____/ | |

## ORDER

Upon Plaintiffs' Motion for Enlargement of Time to Respond to Defendant's Motion to Compel and/or Identify Jane Doe in the Style of this Case and Motion to Identify Jane Doe in Third Party Subpoenas for Purposes of Discovery, or Alternatively Motion to Dismiss Sua Sponte, and good cause being shown, it is hereby

ORDERED that Plaintiffs' Motion is granted.  Plaintiffs shall have an enlargement of time of twenty (20) days until June 11, 2009, to respond to the Defendant's Motions to Compel and/or Identify Jane Doe in the Style, *et al.*.

DONE AND ORDERED in Chambers, at West Palm Beach, Palm Beach County, Florida, this _____ day of _____, 2009.

_____
DISTRICT COURT JUDGE