5/29/2009
4:41:55 PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE NO. 2,                              CASE NO.: 08-CV-80119-
                                             MARRA/JOHNSON

      Plaintiff,

vs.

JEFFREY EPSTEIN,

      Defendant.
_____/

JANE DOE NO. 3,                              CASE NO.: 08-CV-80232-
                                             MARRA/JOHNSON

      Plaintiff,

vs.

JEFFREY EPSTEIN,

      Defendant.
_____/

JANE DOE NO. 4,                              CASE NO.: 08-CV-80380-
                                             MARRA/JOHNSON

      Plaintiff,

vs.

JEFFREY EPSTEIN,

      Defendant.
_____/

5/29/2009
4:41:55 PM

| | |
|---|---|
| JANE DOE NO. 5, | CASE NO.: 08-CV-80381-MARRA/JOHNSON |
| Plaintiff, | |
| vs. | |
| JEFFREY EPSTEIN, | |
| Defendant._____/ | |
| JANE DOE NO. 6, | CASE NO.: 08-CV-80994-MARRA/JOHNSON |
| Plaintiff, | |
| vs. | |
| JEFFREY EPSTEIN, | |
| Defendant._____/ | |
| JANE DOE NO. 7, | CASE NO.: 08-CV-80993-MARRA/JOHNSON |
| Plaintiff, | |
| vs. | |
| JEFFREY EPSTEIN, | |
| Defendant._____/ | |
| C.M.A., | CASE NO.: 08-CV-80811-MARRA/JOHNSON |
| Plaintiff, | |
| vs. | |

5/29/2009
4:41:55 PM

JEFFREY EPSTEIN,

    Defendant.
_____/


JANE DOE,                         CASE NO.: 08-CV-80893-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

JANE DOE NO. II,              CASE NO.: 08-CV-80469-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

JANE DOE NO. 101,           CASE NO.: 09-CV-80591-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

5/29/2009
4:41:55 PM

| | |
|---|---|
| JANE DOE NO. 102, | CASE NO.: 09-CV-80656-MARRA/JOHNSON |
| Plaintiff, | |
| vs. | |
| JEFFREY EPSTEIN, | |
| Defendant. | |
| _____/ | |

### PLAINTIFFS JANE DOE NO. 101 AND JANE DOE NO. 102's MOTION FOR LEAVE TO FILE UNDER SEAL RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY OR, IN THE ALTERNATIVE, TO UNSEAL THE NONPROSECUTION AGREEMENT

Pursuant to Rule 5.4 of the Local Rules of the United States District Court for the Southern District of Florida, Plaintiffs Jane Doe No. 101 and Jane Doe No. 102 (together, the "Plaintiffs") by and through their undersigned attorneys, hereby file this Motion For Leave to File Plaintiffs Jane Doe No. 101 and Jane Doe No. 102's Response in Opposition to Defendant's Motion to Stay and/or Continue Action for Time Certain Based on Parallel Civil and Criminal Proceedings With Incorporated Memorandum of Law Under Seal, and, as grounds, state as follows:

1.      Undersigned counsel seek to file this Response in Opposition to Defendant Jeffrey Epstein's Motion to Stay under seal in order to abide by this Court's August 21, 2008 Order to Compel Production and Protective Order entered in Case No. 08-80736-CIV-MARRA/JOHNSON (the "Protective Order"). The Protective Order prohibits Plaintiffs from disclosing the Non-Prosecution Agreement (the "NPA") or its terms to any third party. The sealed document should be maintained under seal for the duration of this Court's August 21, 2008 Protective Order.

2.     Undersigned counsel recognize that this Court has previously unsealed documents referring to the NPA.  We seek to comply with the Protective Order for this new and independent filing in an abundance of caution, until directed otherwise by the Court.

3.     If this Court denies Plaintiffs' instant motion, Plaintiffs seek appropriate disclosure of the NPA pursuant to this Court's recent order in Case No. 08-80736-CIV-MARRA/JOHNSON (DE #36) denying Plaintiffs Jane Doe No. 1 and Jane Doe No. 2's motion to unseal the NPA.  As stated in that Order, the NPA has not been filed with the Court.  Plaintiffs Jane Doe No. 101 and Jane Doe No. 102 would then have "a specific tangible need to be relieved of the restrictions" of the Protective Order because consideration of the terms of the NPA is necessary for this Court to resolve Defendant's Motion to Stay.

WHEREFORE,

1.     Plaintiffs respectfully request this Court to enter an Order granting Plaintiffs Jane Doe No. 101 and Jane Doe No. 102 the right to file under seal their Response in Opposition to Defendant's Motion to Stay and/or Continue Action for Time Certain Based on Parallel Civil and Criminal Proceedings With Incorporated Memorandum of Law.

2.     In the alternative, Plaintiffs respectfully request this Court to unseal the Non-Prosecution Agreement in order to allow Plaintiffs to concretely respond to Defendant's Motion to Stay.

3.     Finally, Plaintiffs respectfully request this Court to grant such other and further relief to which this Court finds the Plaintiff otherwise entitled.

5/29/2009
4:41:55 PM

Date:  May 29, 2009

        Respectfully submitted,

        PODHURST ORSECK, P.A.
        Attorneys for Plaintiffs Jane Doe No.
        101 and Jane Doe No. 102

        By:    s/Katherine W. Ezell
                Robert C. Josefsberg
                Fla. Bar No. 040856
                rjosefsberg@podhurst.com
                Katherine W. Ezell
                Fla. Bar No. 114771
                kezell@podhurst.com
                City National Bank Building
                25 W. Flagler Street, Suite 800
                Miami, FL 33130
                Telephone: (305) 358-2800
                Facsimile: (305) 358-2382

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1.A.3**

On May 29, 2009, undersigned counsel conferred with counsel for Defendant in a good faith effort to resolve the issues raised in this motion, and Defendant's counsel advised that Defendant opposes this motion.

Date:  May 29, 2009


5/29/2009
4:41:55 PM

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that, on this 29th day of May, 2009, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

PODHURST ORSECK, P.A.
Attorneys for Plaintiffs Jane Doe No. 101 and Jane Doe No. 102

By:   s/Katherine W. Ezell
      Robert C. Josefsberg
      Fla. Bar No. 040856
      rjosefsberg@podhurst.com
      Katherine W. Ezell
      Fla. Bar No. 114771
      kezell@podhurst.com
      City National Bank Building
      25 W. Flagler Street, Suite 800
      Miami, FL 33130
      Telephone: (305) 358-2800
      Facsimile: (305) 358-2382

5/29/2009
4:41:55 PM

**SERVICE LIST**

JANE DOE NO. 2 v. JEFFREY EPSTEIN
Case No. 08-CV-80119-MARRA/JOHNSON
United States District Court, Southern District of Florida

Robert Critton, Esq.
Michael J. Pike, Esq.
Burman, Critton, Luttier & Coleman LLP
515 North Flagler Drive, Suite 400
West Palm Beach, FL 33401
Phone: (561) 842-2820
Fax: (561) 515-3148
rcrit@bclclaw.com
mpike@bclclaw.com
*Counsel for Defendant, Jeffrey Epstein*

Jack Goldberger, Esq.
Atterbury, Goldberger & Weiss, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, FL 33401
Phone: (561) 659-8300
Fax: (561) 835-8691
jagesq@bellsouth.net
*Co-Counsel for Defendant, Jeffrey Epstein*

Bruce E. Reinhart, Esq.
Bruce E. Reinhart, P.A.
250 South Australian Avenue, Suite 1400
West Palm Beach, FL 33401
Phone: (561) 202-6360
Fax: (561) 828-0983
ecf@brucereinhartlaw.com
*Counsel for Co-Defendant, Sarah Kellen*

Jack Scarola, Esq.
Jack P. Hill, Esq.
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax: (561) 383-9456
jsx@searcylaw.com
jph@searcylaw.com
*Counsel for Plaintiff C.M.A.*

5/29/2009
4:41:55 PM

Adam Horowitz, Esq.
Stuart Mermelstein, Esq.
Mermelstein & Horowitz, P.A.
18205 Biscayne Blvd., Suite 2218
Miami, FL 33160
Phone: (305) 931-2200
Fax: (305) 931-0877
ahorowitz@sexabuseattorney.com
smermelstein@sexabuseattorney.com
*Counsel for Plaintiffs in Related Case Nos. 08-80069, 08-80119, 08-80232, 08-80380, 08-80381, 08-80993, 08-80994*

Spencer Todd Kuvin, Esq.
Theodore Jon Leopold, Esq.
Leopold Kuvin, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Phone: (561) 515-1400
Fax: (561) 515-1401
skuvin@leopoldkuvin.com
tleopold@leopoldkuvin.com
*Counsel for Plaintiff in Related Case No. 08-08804*

Richard Willits, Esq.
Richard H. Willits, P.A.
2290 10th Ave North, Suite 404
Lake Worth, FL 33461
Phone: (561) 582-7600
Fax: (561) 588-8819
lawyerwillits@aol.com
reelrhw@hotmail.com
*Counsel for Plaintiff in Related Case No. 08-80811*

Brad Edwards, Esq.
Law Office of Brad Edwards & Associates, LLC
2028 Harrison Street, Suite 202
Hollywood, FL 33020
Phone: (954) 414-8033
Fax: (954) 924-1530
bedwards@rra-law.com
be@bradedwardslaw.com
*Counsel for Plaintiff in Related Case No. 08-80893*

Isidro Manuel Garcia, Esq.
Garcia Elkins & Boehringer

5/29/2009
4:41:55 PM

224 Datura Avenue, Suite 900
West Palm Beach, FL 33401
Phone: (561) 832-8033
Fax: (561) 832-7137
isidrogarcia@bellsouth.net
*Counsel for Plaintiff in Related Case No. 08-80469*