UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE NO. 2,                           CASE NO.: 08-CV-80119-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

JANE DOE NO. 3,                           CASE NO.: 08-CV-80232-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

JANE DOE NO. 4,                           CASE NO.: 08-CV-80380-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

JANE DOE NO. 5,                           CASE NO.: 08-CV-80381-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.

_____/

JANE DOE NO. 6,                     CASE NO.: 08-CV-80994-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.

_____/

JANE DOE NO. 7,                     CASE NO.: 08-CV-80993-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.

_____/

C.M.A.,                             CASE NO.: 08-CV-80811-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.

_____/

JANE DOE,                      CASE NO.: 08-CV-80893-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

JANE DOE NO. II,                        CASE NO.: 08-CV-80469-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

JANE DOE NO. 101,                      CASE NO.: 09-CV-80591-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

JANE DOE NO. 102,                      CASE NO.: 09-CV-80656-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

**MOTION TO RESCHEDULE HEARING**

COMES NOW Robert C. Josefsberg, as co-counsel for Jane Doe 101 and 102, and respectfully requests either a rescheduling of this Court's hearing (just rescheduled for June, 12, 2009) or in the alternative, permission to appear by telephone at said hearing, on the following grounds:

1) On Wednesday, June 10, 2009, undersigned counsel, his wife and two granddaughters will be traveling to Hanover, New Hampshire for counsel's 50th College Reunion, and an opportunity for his two high school granddaughters to visit colleges in the Northeast. Counsel is scheduled to return to South Florida on Tuesday, June 16th.

2) Counsel is very appreciative and supportive of the Court's scheduling a hearing on the Defendants' Motion to Stay. That hearing was scheduled ( within the last 3 hours) for Friday, June 12th at 10:00 a.m. , right in the middle of Robert Josefsberg's reunion visit.

3) If Robert Josefsberg cannot attend, Jane Doe 101 and 102 will be well represented by co-counsel who can and will appear in person at said hearing on June 12, 2009. However, Robert Josefsberg is lead counsel and would prefer to be present during said hearing.

4) In the event that this hearing cannot be rescheduled for June 4, 5, 8 or 9th, or June 17th, 18th or 19th, Robert Josefsberg requests permission to appear at said June 12th hearing by telephone.

WHEREFORE, Robert Josefsberg requests the relief requested above.

Dated May 29, 2009.

        Respectfully submitted,

        PODHURST ORSECK, P.A.
        Attorneys for Plaintiffs Jane Doe No. 101
        and Jane Doe No. 102

By:    s/ Robert C. Josefsberg
        Robert C. Josefsberg
        Fla. Br No. 040856
        rjosefsberg@podhurst.com

        Katherine W. Ezell
        Fla. Bar No. 114771
        kezell@podhurst.com
        City National Bank Building
        25 W. Flagler Street, Suite 800
        Miami, FL 33130
        Telephone: (305) 358-2800
        Facsimile: (305) 358-2382

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this _____ day of May, 2009, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          Respectfully submitted,

          PODHURST ORSECK, P.A.
          Attorneys for Plaintiffs Jane Doe No. 101
          and Jane Doe No. 102

          By:    s/Katherine W. Ezell
                   Robert C. Josefsberg
                   Fla. Br No. 040856
                   rjosefsberg@podhurst.com
                   Katherine W. Ezell
                   Fla. Bar No. 114771
                   kezell@podhurst.com
                   City National Bank Building
                   25 W. Flagler Street, Suite 800
                   Miami, FL 33130
                   Telephone: (305) 358-2800
                   Facsimile: (305) 358-2382

**SERVICE LIST**

JANE DOE NO. 2 v. JEFFREY EPSTEIN
Case No. 08-CV-80119-MARRA/JOHNSON
United States District Court, Southern District of Florida

Robert Critton, Esq.
Michael J. Pike, Esq.
Burman, Critton, Luttier & Coleman LLP
515 North Flagler Drive, Suite 400
West Palm Beach, FL 33401
Phone: (561) 842-2820
Fax: (561) 515-3148
rcrit@bclclaw.com
mpike@bclclaw.com
*Counsel for Defendant, Jeffrey Epstein*

Jack Goldberger, Esq.
Atterbury, Goldberger & Weiss, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, FL 33401
Phone: (561) 659-8300
Fax: (561) 835-8691
jagesq@bellsouth.net
*Co-Counsel for Defendant, Jeffrey Epstein*

Bruce E. Reinhart, Esq.
Bruce E. Reinhart, P.A.
250 South Australian Avenue, Suite 1400
West Palm Beach, FL 33401
Phone: (561) 202-6360
Fax: (561) 828-0983
ecf@brucereinhartlaw.com
*Counsel for Co-Defendant, Sarah Kellen*

Jack Scarola, Esq.
Jack P. Hill, Esq.
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax: (561) 383-9456
jsx@searcylaw.com
jph@searcylaw.com
*Counsel for Plaintiff C.M.A.*

Adam Horowitz, Esq.
Stuart Mermelstein, Esq.
Mermelstein & Horowitz, P.A.
18205 Biscayne Blvd., Suite 2218
Miami, FL 33160
Phone: (305) 931-2200
Fax: (305) 931-0877
ahorowitz@sexabuseattorney.com
smermelstein@sexabuseattorney.com
*Counsel for Plaintiffs in Related Cases Nos. 08-80069, 08-80119,08-80232, 08-80380, 08-80381, 08-80993, 08-80994*

Spencer Todd Kuvin, Esq.
Theodore Jon Leopold, Esq.
Leopold Kuvin, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Phone: (561) 515-1400
Fax: (561) 515-1401
skuvin@leopoldkuvin.com
tleopold@leopoldkuvin.com
*Counsel for Plaintiff in Related Case No. 08-08804*

Richard Willits, Esq.
Richard H. Willits, P.A.
2290 10th Ave North, Suite 404
Lake Worth, FL 33461
Phone: (561) 582-7600
Fax: (561) 588-8819
lawyerwillits@aol.com
reelrhw@hotmail.com
*Counsel for Plaintiff in Related Case No. 08-80811*

Brad Edwards, Esq.
Law Office of Brad Edwards & Associates, LLC
2028 Harrison Street, Suite 202
Hollywood, FL 33020
Phone: (954) 414-8033
Fax: (954) 924-1530
bedwards@rra-law.com
be@bradedwardslaw.com
*Counsel for Plaintiff in Related Case No. 08-80893*

Isidro Manuel Garcia, Esq.
Garcia Elkins & Boehringer
224 Datura Avenue, Suite 900

West Palm Beach, FL 33401
Phone: (561) 832-8033
Fax: (561) 832-7137
[isidrogarcia@bellsouth.net](mailto:isidrogarcia@bellsouth.net)
*Counsel for Plaintiff in Related Case No. 08-80469*