professional publications include books and peer-reviewed medical journal articles on mass disasters, most recently concerning the Attack on America.

He was extensively interviewed in 1997 by CBS Dallas TV regarding psychiatric testimony concerning eleven altar boys, testimony which had resulted in a record-making jury verdict against the Archdiocese of Dallas. In April, 1998, Dr. Kliman was interviewed by Channel Four anchorwoman, Linda Yee, concerning his Salvation Army project providing the Cornerstone form of psychoanalytic psychotherapy for homeless preschoolers and toddlers,. The Cornerstone project itself was viewed on the Channel II Five O'Clock News. KGO TV interviewed Dr. Kliman concerning a forensic testimony, with a focus on a Stanford football player who had allegedly become a child molester. During the Lewinsky-Clinton matter, Kliman was interviewed by Channel 12/20 concerning psychoanalytic views of leaders having exceptional sexual access to partners and the risk of a position of power overcoming the judgments of such leaders.   During 2001 following the World Trade Building terrorism, Dr. Kliman was interviewed by Channel II News and appeared on five occasions thereafter through 2003 concerning the Afghanistan and Iraq wars.  In May 2003, he was discussant with U.N. Secretary General Olaru Otonu, featured on Dhubai Business TV concerning the plight of children in war.

In 2004, together with the International Psychoanalytic Association, Dr. Kliman helped organize, establish and supervise a therapeutic preschool project in Buenos Aires.    "Cornerstone Argentina" is now in its second year of treating severely disturbed and impoverished preschoolers, with his continuing collaboration.

Following the hurricane disasters of 2005 he collaborated with Mercy Corps and the Children's Psychological Health Center to produce a mental health resource.  The result, "My Katrina and Rita Story", a guided activity resource of families who had to deal with the hurricanes.  Mercy Corps is distributing copies to 20,000 families.

In 2005, RE DISTURBED PRESCHOOLERS Dr. Kliman helped organize, establish and supervise a therapeutic project in Piedmont California, at the nonprofit Ann Martin Center.

In 2007, RE HOMELESS CHILDREN: Dr. Kliman helped establish a Reflective Network Therapy service for homeless preschoolers in Seattle.  He provided four days of training in that method for the Family Service Center of King County (located in Seattle), and created an organizational link between The Family Services Center and The Children's Psychological Health Center, Inc. of San Francisco in order to continue serving homeless children in Seattle.

In 2008, Dr. Kliman activated the Reflective Network Therapy services for preschoolers in Seattle.  He supervises there in person and by phone and video.

In 2008, RE DISASTER SERVICES:  Following the Sichuan Earthquake Disaster of May 12, 2008, Dr. Kliman established a link between Children's Psychological Health Center, Inc., Mercy Corps, and The China America Psychoanalytic Alliance.  He created mental health resources (see Publications) which were licensed for mass distribution in China by Mercy Corps.

In 2008, Dr. Kliman helped found a new non-profit organization called Teach with Africa and is a member of its Board of Directors.

**PROFESSIONAL POSITIONS**:

**Medical Director**: The Children's Psychological Health Center, Inc. (a non-profit agency), San Francisco, 1993- Responsible for standards of research. clinical treatment, clinical supervision, staff training and forensic evaluations - reporting directly to the Board of Directors. **Psychiatric Consultant:** Ann Martin Center, Piedmont, CA. **Psychiatric Consultant:** King County Family Services, Seattle, WA. **Private Practice: Medical Director**, The Psychological Trauma Center, (a division of Preventive Psychiatry Associates, Medical Group, Inc.), San Francisco, 1989-. **Chief Psychiatric Consultant,** Children's Garden, San Rafael, CA, 1990-1991. (Children's Garden is a residential foster care facility, consisting of group care cottages and a school.) **Director,** Preventive Psychiatry Services and Unit for Study of Mass Violence and Genocide, St. Mary's Hospital, San Francisco, CA 1987-1989. Private practice of Psychiatry and Psychoanalysis (Adult, Child, and Adolescent), San Francisco, CA, 1985-. **Director** and **Principal Investigator,** Foster Care Study Unit, Columbia University, College of Physicians and Surgeons, New York, N.Y., 1984-87. **Associate Clinical Professor**, Columbia University, Department of Child Psychiatry, New York, N.Y., 1985-87. **Founder, Editor-in-Chief,** the Journal of Preventive Psychiatry, New York, N.Y., 1980-. **Principal Investigator**, NIMH project ("Preventive Mental Health Services for Children Entering Foster Care"), The Center for Preventive Psychiatry, White Plains, N.Y., 1979-1985. **Consultant**, Children's Television Workshop, New York 1976. **Assistant Clinical Professor**, Mount Sinai Medical School, Department of Psychiatry, New York, N.Y., 1969-70. **Director**, Preventive Psychiatry Service, Elmhurst General Hospital, Queens, N.Y.,1969-70

**GRANTS AWARDED:**

Grants have been received as Principal Investigator for research and service in preventive psychiatry from: The Aaron Norman Foundation, American Chai Trust, George Barrie Foundation, Bydale Foundation, Cheesborough Pond's Inc., Ciba-Giegy Corporation, Julius H. & Bessie R. Cohn Foundation, David and Ruth Kosh Foundation, James MacDonald Foundation, Estate of Florence Mascias, Birny Mason Foundation, The Charles and Emma Goldmann Foundation, The Haas Foundation, The Savin Corporation, The Harris Foundation, The Abelard Foundation, AMF Corporation, CNA Financial Corporation, D. & R. Gottesman Foundation, Stella & Charles Guttman Foundation, Longhill Charities, Virginia & Leonard Marx Foundation, The Klingenstein Foundation, The Lavanburg-Corner House Foundation, Herman Muehlstein Foundation, Nestle Corporation, Louise Ottinger Charitable Trust, Pettus Crowe Foundation, Edward & Ellen Roche Relief Foundation, Samuel Rubin Foundation, Savin Business Machines Corp., S. & H. Scheuer Foundation, Martin Tannenbaum Foundation.

Grants have been received as Principal Investigator for a project to develop nonmedical training in Early Childhood Psychotherapy from: The Cleveland Foundation, The Van Ameringen Foundation. A grant was received for equipment for preschool therapeutic services, from: The Hecksher Foundation. Grants have been received as Principal Investigator for Research in the Etiology of Early Childhood Psychosis from: The Boehm Foundation. Grants have been received as Principal Investigator for Research in Assessment of Preventive Clinical Interventions with Children Entering Foster Family Care, from: The National Institute of Mental Health (Grant # RO1 MH 27944), and The Harris Foundation. Grants received as Principal Investigator, The Columbia University Foster Care Study Unit, for development of preventive interventions with foster children, from the following foundations: The Daniel and Florence Guggenheim

Foundation, The Dreyfus Foundation, The Seth Sprague Foundation, The Gralnick Foundation, The Harris Foundation, U.S. Trust, and The Scheuer Family Foundation.

Most recent grants:

1996-2002: Support from The Office of Education, Division of Special Education, San Mateo County, California.

1996 The Windholz Foundation, San Francisco, for video documentation of an experimental project concerning treatment of disturbed and traumatized preschool patients in a public education special education division.

1999 Morris Stulsaft Foundation for video-recording facility to document treatment in The Cornerstone Therapeutic School.

1999-2001   The Cadence Corporation - for early childhood treatment services

2000-2001  The Harris Foundation for Cornerstone Therapeutic School.

2000   Funding and Recognition by the State of California: In 2001, The Department of Education, Division of Special Education, certified the Cornerstone Therapeutic School as a nonpublic special education school, allowing public entities to fund the school by contracts with Unified School Districts.

2001 The San Francisco Day Care Corporation – for Cornerstone Therapeutic School.

2001 The Sophie Murvis Foundation for Training of Teachers and Therapists in the Cornerstone Method.

2002, 2003.  The Five Bridges Foundation for development of The Cornerstone Therapeutic Preschool 2003.

2005 The Sophie Murvis Foundation grant for Training of Teachers and Therapists in the Cornerstone Method.

2005 Mercy Corps for creation of "My Personal Story about Hurricanes Katrina and Rita"

2008  Mercy Corps for creation of "My Sichuan Earthquake Story"

**JANUSZ KORCZAK INTERNATIONAL LITERARY PRIZE:**

First place, International Literary Prize including an award of one thousand dollars, for "World's Best Book Concerning the Well-Being of Children"—Awarded to Gilbert Kliman, M.D. and Albert Rosenfeld, co-authors of <u>Responsible Parenthood</u>, published by Holt, Rinehart and Winston, New York, 1980

---

**PUBLISHED PAPERS AND BOOKS:**

01. "Adrenal Medullary Function," in G. Gordon *Yearbook of Endocrinology,* Yearbook Publishers, 1955.

02. Improved Visual Recognition in Hypnotic Versus Control State," *Archives of General Psychiatry,* Vol. 7:155-162, October 1962.

03. *Children and the Death of a President,* Editor and Contributor (with Martha Wolfenstein, Ph.D.), Doubleday & Company, New York, 1965.

04. Oedipal Themes in Children's Reactions to the Assassination of President Kennedy," in Wolfenstein and Kliman, *Children and the Death of a President,* Doubleday, New York, 1965.

05. "The Role of Stimulus Ambiguity in Hypnotic Recognition," (with Eugene Goldberg, M.D.), *Arch. Gen. Psychiat.* 14: 100, Jan. 1966.

06. "Sharing Truths for Mental Health," in *Mental Health in Our Daily Life.* Mental Health Association, White Plains, New York, 1966.

07. "A Psychoanalyst Looks at White Violence as a Factor in Black Violence," The Center for Preventive Psychiatry, 1968.

08. Teacher Recognition of Psychiatric Needs Among Preschoolers," The Center for Preventive Psychiatry, 1968.

09. *Psychological Emergencies of Childhood.* Grune and Stratton, New York, 1968.

10. "A Psychiatrist Speaks Out: 3,000 Blighted Children of Westchester," The Center for Preventive Psychiatry, 1969.

11. "On a Vacuum in Mental Health Practices," The Center for Preventive Psychiatry, 1969.

12. "Psychological Management of the Dying Child," in W. Kutscher (Ed.) *Death and Bereavement,* Charles C. Thomas Company, Springfield, Ill. 1969.

13. "The Unique Function of the Teacher in an Experimental Therapeutic Nursery School" (with Doris Ronald), The Center for Preventive Psychiatry, White Plains, New York, 1970.

14. The Open Family Series (Consultant Editor, with Sarah Bonnett Stein, author). A series of five books entitled *About Dying, Making Babies, That New Baby, A Hospital Story,* and *About Handicaps,* Walker Publishing Co., New York, 1974.

15. "Death in the Family—Its Impact on Children," Terry Friedman Klein Memorial Lecture. *Behavioral Sciences Tape Library,* Leonia, New Jersey, 1974.

16. "Death of a Parent Occurring During a Child's Analysis," in *Trauma: Monograph V of the Monograph Series of the Ernst Kris Study Group,* New York, 1974.

17. "A Case of a Dying Child," in *Trauma: Monograph V of the Monograph Series of the Ernst Kris Study Group,* New York Psychoanalytic Institute, International Universities Press, New York, 1974.

18. "Analyst in the Nursery: Application of Child Analytic Techniques in a Therapeutic Nursery," *The Psychoanalytic Study of the Child,* Volume 30, New York Times Publishing Company, 1975.

19. "A Study of Maternal Depression in the First Two Years of Life: A Possible Contributing Factor in the Etiology of Infantile Psychosis and Neurosis" (with Judyth Katz), The Center for Preventive Psychiatry, White Plains, New York, 1975.

20. Introduction to *Love and Mankind's Future,* by Alexander Arzoumanian, Persepolis Press, New York, 1976.

21. "Preventive Measures in Childhood Bereavement," in Linzer, N. *Understanding Bereavement and Grief,* Yeshiva University Press, New York, 1977.

22. "Childhood Mourning: A Taboo Within a Taboo," in Gerber, I., Wiener, A., Kutscher, A., et al., *Perspectives on Bereavement,* MSS Information Corporation, New York, 1979.

23. "Mourning, Memory, and Reconstruction: The Analysis of a Four-Year-Old Maternally Bereaved Girl at Age Sixteen Months" (With Thomas Lopez, Ph.D.), in *The Psychoanalytic Study of the Child,* Volume 34, The New York Times Press, New York, 1979.

24. "Facilitation of Mourning During Childhood," in Gerber, I., Wiener, A., Kutscher, A., et al., *Perspectives on Bereavement,* MSS Information Corporation, New York, 1979.

25. "The Cornerstone Treatment of a Preschool Boy from an Extremely Impoverished Environment" (with Thomas Lopez, Ph.D.), *The Psychoanalytic Study of the Child,* Vol. 35, The New York Times Press, New York, 1980.

26. *Responsible Parenthood: The Child's Psyche Through the Six-Year Pregnancy,* Holt, Rinehart, and Winston, New York, 1980.

27. "Death: Some Implications in Child Development and Child Analysis," in *Advances in Thanatology,* Vol. 4, No. 2, Arno Press, New York, 1980.

28. "Children in Foster Care: A Preventive Service and Research Program for a High Risk Population" (with M. Harris Schaeffer, Murray J. Friedman, and Bernard G. Pasquariella). *The Journal of Preventive Psychiatry,* Volume I: 1, 1981.

29. Editorial(s). *The Journal of Preventive Psychiatry.* Volume I, 1981-1982, Volume II, 1983-4, Volume III, 1985-7, Volume IV, in press.

30. *Preventive Mental Health Services for Children Entering Foster Family Care: An Assessment* (with M. Harris Schaeffer, and M. Friedman). The Center for Preventive Psychiatry, White Plains, New York, 1982.

31. "Summary of Two Psychoanalytically Based Service and Research Projects: Preventive Treatments for Foster Children" with M. Harris Schaeffer, Ph.D. *J. of Preventive Psychiatry,* Vol. II, No. 1, 1983.

32. "Three New Areas in Litigation on behalf of Children," in *Child Psychiatry and the Law,* Diane Schekty, Editor, Volume 2, Bruner/Mazel, New York, 1985.

33. *Preventive Psychiatry: Early Intervention and Situational Crisis Management,* co-editor, with S.C. Klagsbrun, M.D., E.J. Clark, Ph.D., others. The Charles Press, Philadelphia, 1989.

34. *My Earthquake Story: A Guided Workbook for Children, Parents and Teachers,* with Harriet Wolfe, M.D. and Edward Oklan, M.D. Psychological Trauma Center Press, Kentfield, CA. October, 1989.

35. "Facilitation of Mourning During Childhood," chapter in *Preventive Psychiatry: Early Intervention and Situational Crisis Management.* (Eds) S. Klagsbrun, G. Kliman, E. Clark, A. Kutscher, R. DeBellis, C. Lambert. The Charles Press, Philadelphia, 1989.

36. "Toward Preventive Intervention in Early Childhood Object Loss," chapter in Noshpitz, H. and Coddington, D. (Eds) *Stressors and Clinical Techniques in Child Psychiatry.* Charles Thomas, NY, 1990.

37. "Brief Report: Loss of Parental Services—A Guide to Categorization." *J. Preventive Psychiatry and Allied Disciplines* 4:1, 1990. Human Sciences Press, NYC.

38. "A Methodologic Breakthrough: The Saga of Delivering Effective Primary Preventive Psychotherapy to Groups of Foster Children." *J. Preventive Psychiatry and Allied Disciplines* 4:1, 1990. Human Sciences Press, NYC.

39. "The Rise of Adolf Hitler and Other Genocidal Leaders—Psychoanalytic and Historical Symposium (Summary)," *J. Preventive Psychiatry and Allied Disciplines* 4:1,1990. Human Sciences Press, NYC.

40. Kliman, G. et al (2007). *"Facilitating Effective Coping in Children Following Disasters: A Psychoanalytic Informed Guided Narrative Intervention."* J. Am Psan. Assoc. In Press

41. Kliman, G. and M.H. Schaeffer, Ph.D. "A Breakthrough in Prediction and Prevention: Diagnoses as Social Predictors for Foster Children." *J. Preventive Psychiatry and Allied Disciplines* 4:1, 1990 Human Sciences Press, NYC.

42. "My Flood Story—a Guided Activity Workbook for Children, Families and Teachers," co-authored with Edward Oklan, M.D., Family Development Press, 1010 Sir Francis Drake Blvd, Kentfield, CA 94960.

43. "My Earthquake Story, A Guided Activity Workbook for Children, Families and Teachers," co-authored with Harriet Wolfe, M.D., Preventive Psychiatry Associates Medical Group, Inc., 2105 Divisadero Street, San Francisco, CA 94115 and Edward Oklan, M.D., Family Development Press, 1010 Sir Francis Drake Blvd, Kentfield, CA 94960.

44. "Field Notes: Foster Care: The Personal Life History Book: A Psychoanalytically Based Intervention for Foster Children," *Journal for the Psychoanalysis of Culture & Society,* Fall 1996 1:2. 159-162.

45. Kliman G and Zelman A. (1996). "Use of a Personal Life History Book in the Treatment of Foster Children--An Attempt to Enhance Stability of Foster Care Placements." Chapter in Zelman A (ed). *Early Intervention with High-Risk Children: Freeing Prisoners of Circumstance.* Jason Aronson, Northvale, NJ. 105-124.

46. "Cornerstone Project: Analysis in Special Ed Classes," *The American Psychoanalyst,* 1997. 31:2. 27-28

47. "My Book about Kosovo - a Guided Activity Workbook for Kosovo Children, Families, and their Teachers." English and Albanian Editions, CPHC, 1999, San Francisco.

48. "My Book about the Attack on America", A Guided Activity Workbook for Children, Families and Teachers, coauthored with Ed Oklan, M.D. and Ann Oklan, M.D. 2001, CPHC, San Francisco.

49. "Helping Patients and their Families Cope in a National Disaster", The S.F. Medical Society, January 2002. Reprinted in J. L.A. Medical Society, March 2002.

50. Discussion of Reactive Attachment Disorder. Developmental Pediatrics. 2003.

51. "My Personal Story About Hurricanes Katrina and Rita – a guided activity workbook to help coping, learning and Healthy expression." The Children's Psychological Health Center, Sept. 24, 2005 San Francisco. Derivative editions by Mercy Corps, Portland, OR.

52. "My Personal Story About Tropical Storm Stan" English Ed. Feb. 24, 2006, The Children's Psychological Health Center. *Spanish Translation " Mi Historia De La Tormenta Stan" Feb. 2006*

53. Israeli Terror Book

54. "Methods for Maximizing the Good Effects of Foster Care: Evidence Based Strategies to Prevent Discontinuities of Foster Care and Raise I.Q." International Journal of Applied Psychoanalytic Studies, April, 2006

55. "My Personal Story about being Homeless" A Guided Activity Workbook to help Children Cope. The Children's Psychological Health Center Jan 15, 2008

56. "My Sichuan Earthquake Story – A Guided Activity Workbook to help Children Cope" 85 pages. First English Edition May 22, 2008 available for download online at www.childrenspsychological.org.  Mandarin edition by CPHC and China America Analytic Association, in press with Mercy Corps June 2, 2008.

57.   "My Hurricane Story" A Guided Activity Workbook to help Children Cope. The Children's Psychological Health Center. Sept 21, 2008

---

**WORKS IN PROGRESS:**  available in Draft:

IQ Rise among Preschoolers with Pervasive Developmental Disorders.

Child Psychoanalytic Contributions to Civil Justice System, submitted by invitation, to Psychoanalytic Inquiry

Books in Draft:

1. Reflective Network Therapy:  Early Childhood Psychotherapy in the Classroom

2. A Unifying New Theory of Posttraumatic Stress Disorder

**PRESENTATIONS:**

01.   "Specific Traumas: Selective Review of Literature," presented at the Ernst Kris Study Group, New York Psychoanalytic Institute, New York, 1965.
02.   "Psychoanalysis of a Four-Year-Old in a Preschool Group," presented at the American Psychoanalytic Association, Atlantic City, New Jersey, May, 1966
03.   "Covert Suicidal Impulses in Maternally Deprived Children" (with Harriet Lubin, M.S.W.), presented at the American Association of Psychiatric Services for Children, Boston, Massachusetts, November, 1969.
04.   Children's Reactions to National Events: The 1968 Federal Elections," presented at the American Orthopsychiatric Association, Washington, D.C., 1969.
05.   "Facilitation of Mourning During Childhood," presented at the Chicago Psychoanalytic Institute, May 1973.
06.   "Preventive Approaches to Preschool Psychiatric Disorders: Some Assessments," presented at the Academy of Child Psychiatry, Washington, D.C., October, 1973.
07.   "Biological Drive Derivative Cycles in Preschool Patients," presented at the New York Psychoanalytic Institute Research Seminar, 1974.
08.   "Children in National Disasters," presented at the International Association for Child Psychiatry, Philadelphia, Pennsylvania, 1974.
09.   "Childhood Mourning: Some Social Aspects," presented at Yeshiva University, New York, October, 1974.
10.   "The Center for Preventive Psychiatry's Interventions with Bereaved Children," presented at the second annual conference on "The Impact of Bereavement and Grief on the Family," Yeshiva University, October 15, 1975.
11.   "Death: Implication for Psychoanalytic Theory and Practice," presented at The Association for Psychoanalytic Medicine, New York, 1977.
12.   "A Psychoanalytic View of an Ancient Mass Disaster: The Mayan Exodus," The Center for Preventive Psychiatry, 1977.

13. "A Psychoanalytic View of Preventive Psychiatry," presented at Stockbridge, Mass., December, 1977.

14. "The Self-Concept and Healthy Narcissism: Relevance to Preventive Psychiatry," presented at the Westchester Psychoanalytic Society, White Plains, New York, 1978.

15. "Special Problems of the Single Parent Child," presented at Department of Child Psychiatry, Rutgers Medical School and published by Jason Aronson Psychotherapy Tape Library, New York, 1978.

16. "The Self-Concept: Its Significance in Prevention of Mental Illness," presented at The Alumni Association of the Chicago Psychoanalytic Institute, Child Psychotherapy Program, Chicago, 1978.

17. "Treatment of an Impoverished Intellectually Retarded Ghetto Child by the Cornerstone Method" (with Thomas Lopez, Ph.D.), presented at the American Psychoanalytic Association, New York, 1979.

18. "Preventive Approaches Among Foster Children Using Modern Theory of Narcissism," presented at The Department of Psychiatry, Mountainside Hospital, Symposium on Primary Prevention of the Mental and Behavioral Disorders, Mountainside, NJ, 1979.

19. "The Center for Preventive Psychiatry: Its Relationship to Infant Psychiatry," at the Symposium on Infant Psychiatry, The Center for Preventive Psychiatry, White Plains, New York, 1979.

20. "Mourning, Memory and Reconstruction," presented at The Westchester Psychoanalytic Association, White Plains, New York, 1980.

21. "Preliminary Report on Preventive Psychiatric Services for Foster Children," presented at American Association of Psychiatric Services for Children, 1980.

22. "Assessment of Primary Preventive Services: Children Entering Foster Family Care," presented at American Orthopsychiatric Association, May, 1981.

23. "Psychoanalytically-Based Approaches to the Problems of Foster Care: A Pilot Project," presented at the American Psychoanalytic Association Interdisciplinary Seminar on Psychoanalytic Observations of Foster Care, New York, December, 1978. See also report of this Seminar by Lopez, T.: "Psychoanalytic Observations of Foster Care (An Interdisciplinary Seminar of the American Psychoanalytic Association)." *The Journal of Preventive Psychiatry,* Volume I:1, 1981.

24. "A Project to Deliver and Evaluate Preventive Psychiatric Services," Columbia College of Physicians & Surgeons, Division of Child Psychiatry Grand Rounds, May, 1982.

25. "New Concepts in Litigation on Behalf of Children," presented at New York Medical College, October, 1982.

26. "Cruel Experiments of Nature: General Remarks on Childhood Bereavement and Developmental Pathology." Vulnerable Child Workshop, American Psychoanalytic Association, April, 1983.

27. Facilitation of Mourning During Childhood: Role of The Clinician," presented at New York Hospital, Westchester Division, October, 1983.

28. "A Questionnaire for Surveying the Practice of Preventive Psychiatry," presented at the American Academy of Child Psychiatry, Prevention Committee, October, 1983.

29. "Experiences and Problems in Research Concerning Childhood Bereavement," presented at Department of Psychiatry, University of Ottawa, November, 1983.

30. "Prediction and Prevention with Foster Children" (co-authored with M. Harris Schaeffer, Ph.D.), presented at American Psychiatric Association, May, 1984.

31. "Preventive Psychiatry as Applied to Foster Children," Grand Rounds, Langley Porter Psychiatric Institute, 1985.

32. "The Childhood of Adolf Hitler," with Robert Pois, Ph.D., The American Psychoanalytic Association, Denver, May 1985.

33. Seminar on "New Areas in Forensic Psychiatry," at the Robert Cartwright law firm, San Francisco, 1986. VIDEOTAPE AVAILABLE

34. "Children's Reactions to the Challenger Shuttle Disaster," on 20/20 (Television Broadcast), 1986. VIDEOTAPE AVAILABLE

35. The Fathering of Adolf Hitler," Grand Rounds, McAuley Neuropsychiatric Institute, St. Mary's Hospital, San Francisco, 1986.

36. "Child Sexual Abuse: Psychoanalytic and Forensic Approaches," Children's Hospital, San Francisco, 1986. VIDEOTAPE AVAILABLE

37. "Preventive Psychiatry for Children," Training Seminar at McAuley Neuropsychiatric Institute, St. Mary's Hospital, San Francisco, 1987. VIDEOTAPE AVAILABLE

38. "Multi-Victim Child Sexual Abuse," San Francisco Psychoanalytic Institute Extension Division, October 1987. VIDEOTAPE AVAILABLE

39. "Children in Foster Families: Advances in Preventive Psychiatry," Continuing Education Program for Psychiatrists, U.C. Davis, 1988.

40. "The Mothering of Adolf Hitler," Grand Rounds. McAuley Neuropsychiatric Institute, St. Mary's Hospital, San Francisco, Dec. 1988.

41. "Adolf Hitler's Mothering: A Child Psychoanalytic View," Westchester Psychoanalytic Society, New York Hospital, January, 1989.

42. "The Personal Life History Book: Preventive Psychotherapy for Children in Chaos." Department of Child Psychiatry, Harlem Hospital, New York, NY, January, 1989.

43. Chairman: Symposium April 20-21, 1989. The Rise of Adolf Hitler and Other Genocidal Leaders. Interdisciplinary Unit for Study of Mass Violence and Genocide. St. Mary's Hospital Department of Psychiatry, San Francisco.

44. "The Mothering of Adolf Hitler," Symposium above. VIDEOTAPE AVAILABLE

45. "The Fathering of Adolf Hitler," Symposium above. VIDEOTAPE AVAILABLE

46. Public Media: Following the October 17th earthquake, Dr. Kliman and his Psychological Trauma Center associates appeared on KRON-TV, KFAS, KQED and public service radio network to offer advice and respond to call-in questions regarding earthquake stress and trauma. His *Earthquake Story* guided workbook (see above) was distributed as a public service by San Francisco Community Mental Health Services and the Oakland Bureau of Education to 11,000 teachers in Oakland and San Francisco.

47. Marin Psychoanalytic Society: (April 1990) "Simultaneous child and couple therapy: emergence and interpretation of congruent unconscious themes."

48. University of California College of Medicine, Department of Psychiatry, Irvine. (June 1990) "Prevention of Psychopathology among Children: Systematic Projects with Foster Children."

49. Preventive Interventions with Traumatized Children," Grand Rounds California Pacific Hospital Department of Psychiatry, October 20, 1992. VIDEOTAPE AVAILABLE.

50. Altered Interpersonal Schemas After Life Threatening Childhood Trauma," Center for Study of Consciousness, UCSF, October 1992.

51. Alterations of Pre-Traumatic Memory and Post Traumatic Schemas," Child Analysis Colloquium, San Francisco Psychoanalytic Institute, November 1992.

52. Toward A New Theory of Post Traumatic Stress Disorder," Control Mastery Group, San Francisco Psychoanalytic Institute, December 1992.

53. Severe Psychological Trauma in Very Young Children," Grand Rounds at the Menninger-San Mateo County Hospital Psychiatric Residency Program, March 23, 1993.

54. Psychological Crises Among Preschoolers," Department of Health, City of San Francisco, April 1993.

55. Child Analysis Colloquium," San Francisco Psychoanalytic Institute, May 1993.

56. "Loss of Parental Services—a Guide for Clinicians and Attorneys," Children's Psychological Trauma Center, September 16, 1993. (120 min. VIDEOTAPE AVAILABLE.)

57. Catastrophic Levels of Psychological Trauma—a Guide for Clinicians and Attorneys," Children's Psychological Trauma Center, September 27, 1993 (120 min. VIDEOTAPE AVAILABLE.)

58. Systematic Preventive Interventions with Foster Children," Keynote Address, Western Pennsylvania Psychiatric Institute Conference on Adoption and Foster Care, Sept. 22, 1993.

59. Cost Benefits of Preventive Interventions with Foster Children," American Behavioral Health Institute, San Francisco, Sept. 28, 1993. (60 min. VIDEOTAPE AVAILABLE.)

60. True and False Allegations of Child Molestation," Children's Psychological Trauma Center, October 1, 1993. (120 min. VIDEOTAPE AVAILABLE).

61. Severe Psychological Trauma in Childhood—Some New Observations," Grand Rounds, Dept. of Child Psychiatry, Oakland Children's Hospital, Oct. 7, 1993. (60 min. VIDEOTAPE AVAILABLE.)

62. Preventive Approaches in Severe Psychological Trauma," Bar Association of San Francisco, October 28, 1993. (90 min. VIDEOTAPE AVAILABLE.)

63. New Theory of Post Traumatic Stress Disorder," Pediatric Grand Rounds California Pacific Hospital, Nov. 5, 1993.

64. Preventing Depression in Yourself, Your Clients and Your Co-Workers," San Francisco Bar Association, San Francisco, CA, December 2, 1993.

65. A New Theory of Post Traumatic Disorders," Center for Preventive Psychiatry, White Plains, NY, January 11, 1994.

66. KRON-TV, "Helping Children Deal with Earthquake Stress," San Francisco, CA, January 20, 1994.

67. Samuel Kahn Memorial Lecture, The Center for Preventive Psychiatry, White Plains, N.Y. Topic, "Catastrophic Traumas of Childhood—New Findings, New Theory, New Therapeutic Tasks," February 28, 1994.

68. "Preventing Job Stress: The Disease of the 20th Century," San Francisco Bar Association, San Francisco, CA, March 25, 1994.

69. "Controlled Assessment of Psychoanalytically Derived Psychotherapy with Foster Children," American Psychoanalytic Association, Philadelphia, PA, May 1994.

70. "A senior researcher's subjective experience of a new hypothesis," California School of Professional Social Work Studies. Commencement Address, May 1994.

71. "Oppositionalism Among Traumatized Children," International Association Child and Adolescent Psychiatry, San Francisco, CA, July 23, 1994.

72. "New Theory of Posttraumatic Stress Disorder," International Association Child and Adolescent Psychiatry, San Francisco, CA, July 25, 1994.

73. "Violence Against Young Children—Children in War," Co-sponsored by San Francisco Psychoanalytic Institute, San Francisco, CA, July 26, 1994.

74. "Method for Treatment of Preschool Psychiatric Patients in Groups," American Psychoanalytic Association, Philadelphia, PA, December 15, 1994.

75. "A New Theory of Posttraumatic Stress Disorder," Control-Mastery Research Group, San Francisco Psychoanalytic Institute, March 31, 1995.

76. "New Theory of Child Abuse Effects," T.A.S.K., Monterey, CA, April 1, 1995.

77. "Psychological Trauma, Day Care and Mental Health," San Francisco Psychoanalytic Institute Extension Division. April 26, 1995.

78. "Special Problems of Medical Ethics in Psychiatric Treatment: Child Abuse Concerns," San Francisco Psychoanalytic Institute Research Group, June 30, 1995.

79. "Operational Confirmation of a Psychoanalytic Hypothesis: Detecting and Interfering with The Repetition Compulsion," Cleveland Psychoanalytic Institute and Anni Katan Center for Child Development, October 28, 1995.

80. The Personal Life History Book Method: Reducing Transfers Among Foster Family Homes," The Center for Preventive Psychiatry, White Plains, NY, October 30, 1995.

81. "A New Theory of Posttraumatic Stress Disorder," Grand Rounds, Baylor University School of Medicine, Houston, November 8, 1995.

82. "Raising IQ's in a Therapeutic Nursery: The Cornerstone Method. How it works as illustrated by video clips of the therapist and patients in the classroom," The Houston Psychoanalytic Institute and Stedman West Child Development Center, Houston, TX, November 8, 1995.

83. "The Difficult Client: Accredited Continuing Legal Education seminar for California Attorneys." The Psychological Trauma Center, The Psychological Trauma Center, 1996.

84. "Catastrophic injuries and psychological trauma: Accredited Continuing Legal Education seminar for California Attorneys." The Psychological Trauma Center, 1996.

85. "Why Small Clients Get Large Awards: Proving and Disproving Psychological Injuries in Childhood. Accredited Continuing Legal Education seminar for California Attorneys." 1996

86. "A New Public Health Approach in Public Special Education: Presentation to The San Mateo Board of Education," San Mateo, CA. April 17, 1996.

87. A new model for special education of preschoolers: The Cornerstone Method -- for synergy between early childhood education and psychotherapy. California State Dept. Education, Division of Special Education September 1996, Red Lion Hotel, Orange County Airport, CA.

88. "Synergy Between Special Education and Psychotherapy in the Classroom: Special Education Learning Program Administrators," San Mateo, CA. October 10, 1996.

89. "The Role of Psychoanalyst as Forensic Expert in Catastrophic Psychological Trauma Cases." American Psychoanalytic Association, Winter Meeting, Waldorf Astoria, NY. December 1996

90. "Controlled Assessment of a Psychoanalytically Derived Psychotherapy." American Psychoanalytic Association, Winter Meeting, Waldorf Astoria, NY December 1996.

91. "Child Psychotherapy Course: Several preschool patients with different diagnosis, treated in a preschool therapeutic nursery, showing response to interpretations, with discussions of the role of teacher, parents and medications." San Francisco Psychoanalytic Institute, March 4, 11, 18, 1997

92. "Synergy between Psychotherapy and early childhood special education" SELPA Administrators, April 17, 1997

93. "Analyst in the Nursery: The Cornerstone Method," San Francisco Psychoanalytic Institute, May 21, 1997

94. "Psychological Trauma Among Preschoolers," San Francisco Psychoanalytic Institute, May 15, 1997

95. ACT for Mental Health, April 17, 1997

96. "New Theory of Posttraumatic Stress Disorder," Fifth European Conference on Traumatic Stress, European Society for Traumatic Stress Studies, July 1, 1997.

97. The Cornerstone Method: Intensive Preschool Psychotherapy in Public School Special Education Classes. California State Federation/Council for Exceptional Children 48th Annual Conference & Special Education Fall Conference, San Francisco, CA, October 21-24, 1998.

98. Research and treatment with highly traumatized preschoolers. Wright Institute, Berkeley, Feb. 4, 2002.

99. Five year and thirty-three year follow ups of early childhood psychotherapy: Some startling findings among children treated by The Cornerstone Method. Grand Rounds, Dept. of Psychiatry, California Pacific Medical Center, San Francisco, February 1, 2000. (VIDEOTAPE AVAILABLE).

100. Post-Traumatic Stress Disorder and new methods of treatment. Department of Mental Health, State of Oklahoma, and Dept. of Psychiatry, Oklahoma State College of Medicine. Two Days of Workshops and Seminars to fellows, residents in psychiatry and child psychiatry, medical students, and mental health clinicians. October 22,23 2000.

101. A Psychoanalytic Treatment of Young Children: Surprisingly Measurable Positive Outcomes", San Francisco Psychoanalytic Institute - Extension Division Discussion for Clinicians, 03.05.2001

102. Regarding the 9/11/2002 Attack on America.

2001-2002 Attack on America Events: 2001-2002 Public Health/ Public Education Activities:

Seminar for Parents on Crisis Management following 9/11: Convent of Sacred Heart Elementary School Seminar for Teachers on Crisis Management following 9/11: Stuart Hall and Convent of Sacred Heart Elementary Schools Federal Emergency Management Agency: Web-Site Linkage for CPHC's advice to parents and teachers American Academy of Child and Adolescent Psychiatry: Web-Site Linkage for free copies of guided activity workbook for children, parents and teachers.

American Psychoanalytic Association: Web-site linkage for free copies of guided activity workbook for children, parents and teachers.

Channel II: Three interviews on primary prevention of the effects of psychological trauma and terror

Channel II: Three interviews on secondary prevention via early life psychiatric treatment of children

103. Day Long Workshop on The Cornerstone Method. The Children's Psychological Health Center, Feb. 4, 2001, San Francisco.

104. Child psychoanalysis. San Francisco Psychoanalytic Institute. Six seminars to child analysts and advanced students, using illustrations from parent-permitted videos of the author's recent treatment work with young children.

105. Theory and Intervention regarding Early Childhood Trauma: Extension Division, San Francisco Psychoanalytic Institute.

106. Educating and treating disturbed young children: Office of Education, County of San Mateo, ten conferences a year. (1995- 2002)

107. The Cornerstone Method of educating and treating disturbed young children: 45 conferences a year, Children's Psychological Health Center, San Francisco. (1999- continuing)

108. New methods for treatment of traumatized and/or developmentally disordered young children. Northern California Mental Health Association, February 9, 2002. A day long workshop. Eureka, Ca.

109. Research and treatment with disturbed and traumatized young children. Wright Institute, Berkeley, Feb 4, 2002.

13

110. Presentations of video-taped child treatment sessions: The Child Analysis Study Group of the San Francisco Psychoanalytic Institute, six occasions 2001-2002.

111. New Theory and New Treatments of Children. Northern California Society of Mental Health Professionals. Feb 8, 2002.

112. Treatment of Children in their Real Life Spaces.  Ann Martin Center, Berkeley, CA February 2, 2002.

113. Treatment of children in community school settings. Workshop on Community Child Psychiatry.  American Academy of Child and Adolescent Psychiatry. October 2002.

114. Treatment of preschoolers in real life space – The Cornerstone Method. A two day training workshop for the L.A. County Dept. of Mental Health. October 2002.

115. The Cornerstone Method. The American Psychoanalytic Association, Workshop on Early Childhood.  January 2003, New York.

116. Treatment of Three Autistic Preschoolers: The American Psychoanalytic Association. June, 2003. Boston.

117. The Personal Life History Book: A Preventive Therapy for Foster Children.  A day-long workshop at Counseling4Kids, Los Angeles, September 2003.

118. A new method of treatment of autistic preschoolers.  The Chinatown Child Development Center, San Francisco, December 4, 2003.

119. Results of the Cornerstone Method: Pervasive Developmental Disorder with eight month to 37 year followup.  The M.I.N.D. Institute, U.C. Davis, December 19, 2003.

120. Procedures for preventing and reducing psychopathology among foster children.  Joint Committee of AACAP and Child Welfare League, November 2003, with Marilyn Benoit, M.D.

121. The Role of Child Psychiatrists in Prevention of Child Abuse:  Forensic Child Psychiatry as a Societal Influence. Mensa Society, January 2004.

122. Psychoanalysis Confronts Autism.  The L.A. and SoCal Psychoanalytic Institutes, February 22, 2004.

123. Child Psychiatric Testimony and the Leading Edge of Social Change.  American College of Forensic Psychiatry, March 28, 2004

124. The Cornerstone Method of Treating Autism. American Psychoanalytic Association, Boston, Mass., January 2005.

125. An evidence based method for in-classroom treatment of disturbed preschoolers.  Child Welfare League of America. New Orleans, May 2005.

126. Two evidence-based methods for treating foster children.  International Psychoanalytic Association, Rio de Janeiro, Brazil, July 2005.

127. A novel evidence-based method for treatment of Asperger's Disorder. Lorman Educational Seminars, Redding, CA. November 18, 2005

128. "Applications of The Cornerstone Method to Children with Autism Spectrum Disorders" American Psychoanalytic Association, New York, New York. January 18, 2006

129. "Applying The Cornerstone Method in Public Schools" Philadelphia Board of Education April 28,06  DVD FORMAT AVAILABLE

130. "Crises Intervention Techniques Within Schools: What you Need to Know When Large or Small Scale Disasters Strike" Lorman Educational Seminar, Sacramento, CA Oct. 6, 2006

131. "Saying Goodbye: Termination in Psychotherapy" 53rd Annual Meeting of The American Academy of Child and Adolescent Psychiatry, San Diego, Ca  October 28, 2006

132. Lawrence LE, Viron M, Johnson JE, Hudkins A, Samples G, Kliman G: A school-based mental health recovery effort.  Poster session presentation at the 58th Institute on Psychiatric Services Annual Meeting, New York, NY, October 5-8, 2006.

133. Lawrence, L, Viron M, Johnson JE, Hudkins A, Samples G, Kliman G, O'Neill P. A School-based Mental Health Recovery Effort. Poster session presentation at ADMSEP Annual meeting. Park City, Utah, June, 2007.

134. Mishkin, AD, Viron M, Lawrence LE, Johnson JE, Samples G, Kliman G. Reducing Post-Traumatic Stress after Hurricane Katrina: A School-Based Intervention. Poster presented at the 59th Institute on Psychiatric Services Annual Meeting, New Orleans, LA, October 11-14, 2007.

135. Videotape evidence for a new theory of PTSD etiology and treatment. Combined meeting of American Academy of Psychoanalysts with Academy of Psychoanalysis and Psychodynamic Psychiatry, The Marriot, Washington, D.C. May 3, 2008

## CURRENT TEACHING:

Faculty Member: S.F. Psychoanalytic Institute. Eight 90 minute seminars on Pathogenesis in Early Childhood, with Focus on Psychological Trauma (a course for Candidates in the Child Analysis Program). See also Grand Rounds presentations below.

## THESIS CHAIR ACTIVITIES:

Chairperson, Thesis Committee, California School of Professional Psychology, for Thesis of E. Wayrynen, M.A. concerning "Oppositional Behavior Following Childhood Sexual Abuse." 1998

Chairperson, Thesis Committee, Wright Institute, for Thesis of Miquela Diaz Hope, Ph.D. on IQ and CGAS changes following in-classroom psychotherapy and control group. 1999.

Chairperson, Thesis Committee, Pacific Graduate School of Psychology, for Tina Scovis-Weston, Ph.D., on Early Memory Changes among Twelve Boys Raped by Men. 2001.

## RECENT AND CURRENT PROFESSIONAL ASSOCIATION COMMITTEE WORK:

Chairperson, Forensic Subcommittee of S.F. Psychoanalytic Institute, 1993-1996. Established liaison with San Francisco Bar Association for a series of Continuing Legal Education Credit seminars presented by a panel of psychoanalysts. Topics presented by G. Kliman, 1993-1994: "Post Traumatic Stress Disorder," "Prevention of Stress in the Workplace," and "Prevention of Depressive Reactions during Legal Practice." Place: S.F. Bar Association.

CURRENT:

Member, Child Development Program Committee, San Francisco Psychoanalytic Institute.

Member, Child Analysis Study Group, San Francisco Psychoanalytic Institute.

Member, Committee on Psychoanalysis and the Community, American Psychoanalytic Institute.

Member, Joint Committee on Foster Care: Academy of Child and Adolescent Psychiatry and the Child Welfare Association.

## PROFESSIONAL COMMENDATIONS:

A letter of commendation regarding clinical work in the classroom within a public school system:

*December 3, 2001*

*To Whom It May Concern:*

*This is to report that the San Mateo County Office of Education, Special Education programs, has benefited from the services of The Children's Psychological Health Center, specifically its Cornerstone Therapeutic School Project.*

*We have worked together for the past six years. Under the leadership of Gilbert Kliman, M.D., the Center has trained members of our teaching and school psychology staff to carry out a mental health service on our premises. We now have a collaborative project in its sixth year for our special education preschool children with Pervasive Developmental Disorders (PDD) and for those with Serious Emotional Disorders (SED) which interfere with their education. As an alternative to sending children to a private nonpublic special education school for extremely intensive mental health services at significant cost, this project has created and provides just such intensive service within a public preschool special class program at 65 Tower Road, San Mateo.*

*To my knowledge, among the 30 children served so far under the collaborative project, we are seeing cognitive, social and human gains which have decreased the gap between these children and their typically developing peers. Several families and children are thriving with less intensive special education service or returned to regular education class. Not only has the family and child suffering been reduced, the burden to taxpayers is also reduced. The children have been able to remain in the community, and some who were functioning as severely autistic and retarded now appear to be developing within a somewhat normal range. We are pleased with the quality of special education services our County provides for preschoolers with PDD or SED. We are also gratified with the research results provided by The Children's Psychological Health Center.*

*We recommend the Cornerstone project to other school systems, so that they consider it an important opportunity should they be able to collaborate similarly with The Children's Psychological Health Center. At California's common cost of $15,000 to $40,000 or more a year, for a special education child who needs full time special education services and auxiliary intensive help, the savings for even one child's 12-year career of intensive services in special education can be substantial. The savings from one of the successes we have seen may equal the costs of the entire Cornerstone project with the 30 children helped so far.*

*We have not yet seen any failures. The agency is showing measurable cognitive gains for our collaborative work which, according to their research, averages 20 to 28 points in independent WPPSI testing of the children in the Cornerstone program. The techniques are far more economical to use than we have found with the Lovaas method, which we also implement for some students. We have also seen the techniques transmitted to special education teachers as well as inexperienced therapists.*

*I invite you to visit our project in action.*

*Sincerely,*

*JAY S. PARNES, Ed.D.*
*Senior Administrator*
*Special Education*

## MAJOR FEDERAL COURT FORENSIC ACTIVITIES:

EVALUATIONS AND RECOMMENDATIONS HEARD IN FEDERAL COURT, HANNIBAL MISSOURI, November 15, 2001

Under Dr. Kliman's leadership, a Children's Psychological Health Center team of five clinicians and two administrative staff has been at work since May 2, 2001 conducting a behavioral audit regarding the psychiatric conditions and the residential treatment of over 100 children (mostly ages 13 to 17) at Heartland Christian Academy, as requested by the Academy's general counsel.

2001:  Doe vs. Three Springs Treatment Center, Nashville, TN.

2004: Does vs. L.K. Baliredy et al (An international child trafficking matter).  Five days of deposition.

2004   Doe vs. State of New Mexico and Arthur Brokup.

## MAJOR STATE COURT CASES:

Some cases of public health significance, concerning allegedly traumatized minors in care of governmental or institutional agencies:

Does vs. OK Boys Ranch and State of Washington: 44 children in care at a state-licensed rehabilitation and foster care-related center were allegedly allowed to abuse each other while staff and therapists did not report harmful activities of which they knew, Dr. Kliman opined. The plaintiff children have to date all received settlements in four phases of this litigation over a nine year period, with Dr. Kliman as the principal expert.

York vs. Chaparral/Victor Treatment Facility. Orange County Superior Court. An eleven year old child severely and chronically molested by a residential treatment staff member was evaluated and an opinion given by Dr. Kliman concerning harm and how to rehabilitate the child as much as possible. Implications for standards of residential care are contained within the case.

Carlson vs. Ray-Lara Foster Home. Orange County Superior Court. Dr. Kliman evaluated and testified concerning a twelve year old boy who was allegedly molested by a foster father and had

to rescue himself. The foster father's partner was negligent, Dr. Kliman opined. The judge agreed and awarded the child compensation for psychological damages.

Does vs. Archdiocese of Los Angeles. Dr. Kliman was the lead psychiatric witness. The case settled after six days of his deposition testimony.

Does vs. Salesian Order Western Region. Dr. Kliman was the lead psychiatric witness. The case settled after nine days of his deposition testimony and two days of trial.

Does v South Dakota School for the Deaf. Multiple boys were molested by an older student. The state school administration was allegedly negligent and major psychological damages were claimed. Dr. Kliman served as the principal plaintiffs' expert on administrative liability issues and psychological damages. The case settled with major compensation for the plaintiffs during the time of jury deliberations.


## CHILD PSYCHIATRIC EXPERT TESTIMONY:

Dr. Kliman helped set legal precedents for the inclusion of psychiatric testimony in matters concerning wrongful death of a parent and loss of parental services, in both New York State and California. He has testified in over 275 cases including over 100 trials. A Federal Rule 26 list is available on request and on www.expertchildpsychiatry.com. His courtroom and deposition testimony experience includes cases of institutional negligence of children leading to psychological trauma, negligent foster care, loss of parental services due to wrongful deaths, psychological trauma as part of personal injury of adults and children, childhood molestation, sexual harassment, termination of parental rights, and disputed custody. Since 2000 about 30% of his forensic work has been requested by defense, about 70% by plaintiffs, with the defense tasks increasing markedly in recent years.

Dr. Kliman's evaluations and testimony regarding 16 children negligently cared for and abused at The Kiwanis' OK Boys' Ranch, Olympia, WA, helped lead to settlements and awards, totalling $25,000,000. Responding to disclosures in that case, many improvements have occurred in the publicly funded and licensed institutional care of children throughout the State of Washington, according to newspaper accounts.

Dr. Kliman's evaluations and opinions, together with that of The Children's Psychological Trauma Center team led by Robert Wynne MFCC, led to record-making $8,000,000 loss of parental and other services compensation for 17 bereaved subsistence-economy Alaskan Inupiat Native Americans (Smith vs. Ryan Airlines, Anchorage, 1997).

Principal expert regarding institutional negligence and psychological damages in Does vs. Rudolph Kos and the Diocese of Dallas, Dallas 1997. The Catholic Church of Dallas was held liable for institutional negligence, testimony concerning the need for major psychiatric treatment planning was accepted by the jury, and $119,000,000--including punitive damages against the Church--was awarded to the 11 plaintiffs, by unanimous decision.

## OTHER PUBLIC HEALTH ACTIVITIES AND RECOGNITION:

In response to the mental health needs of families following recent massive firestorms, United Way printed and distributed 10,000 copies of "My Fire Story -- a Guided Activity Workbook for Children, Families and Teachers," co-authored with Edward Oklan, M.D. Copies can be obtained from Family Development Press, 1010 Sir Francis Drake Boulevard, Kentfield, CA 94960. The State of Iowa purchased rights to reproduce 10,000 copies of "My Book about The Attack on America - a Guided Activity Workbook for Children, Families and Teachers", published in 2001.

During 1996 - 2002 Sophie Murvis Foundation, The Windholz Foundation, The Atkinson, Cadence Corporation, Irving Harris Foundation and The Stullsaft Foundations have recently awarded grants to Dr. Kliman as principal investigator for his Cornerstone Therapeutic Nursery project, serving seriously disturbed preschoolers in the San Mateo Office of Education.

Presentations on The Cornerstone Therapeutic Nursery Project have been made by Dr. Kliman during 1997 through 2002 at the San Francisco Psychoanalytic Institute and the Seattle Institute for Psychoanalysis.

Three documentary videotapes concerning Dr. Kliman's psychotherapies of disturbed children treated by him using this method in a therapeutic special education class are now available for scientific and educational purposes, parental permission having been gained. Such use requires a confidentiality agreement.

Tape I: The Cornerstone Method.

Tape II: Treatment of an Autistic Boy

Tape III: Unique Features of The Cornerstone Method

As a pilot application of his techniques for preschoolers, Dr. Kliman opened a Cornerstone Therapeutic Nursery at the Salvation Army Shelter for homeless families in January 1998, serving seven homeless families with preschool children. He is supervising the project weekly as Medical Director of The Children's Psychological Trauma Center. Unedited videotapes of that project are available to scientists and educators with a confidentiality agreement. The Wright Institute has provided a psychology intern to conduct the treatment under Dr. Kliman's training and supervision. The California School of Professional Psychology has assigned a doctoral thesis candidate to Dr. Kliman's supervision to study the I.Q. rise phenomenon previously documented in Cornerstone therapies.

Peer-reviewed publications of Dr. Kliman's work with foster children appear in Zelman, A: Interventions with High Risk Children, Jason Aronson 1997 (Chapter by Kliman on Controlled Assessment of The Personal Life History Book Method for Foster Children). Results of Dr. Kliman's Cornerstone Method are also reported extensively in that book, focusing on the I.Q. rise phenomenon.

# Archive of Videotaped Seminars and Events:

## – Gilbert Kliman, M.D., Medical Director

### THE CHILDREN'S PSYCHOLOGICAL TRAUMA CENTER

### (A division of the Children's Psychological Health Center, Inc. )

### Archive of Videotaped Seminars and Events:

## CONTINUING LEGAL EDUCATION TAPES:

California MCLE credit is available to attorneys for study of these tapes. Unless otherwise indicated, Gilbert Kliman, M.D. was the sole or principal speaker. Contact Edith Lee at 415 474 0955 for MCLE credit fulfillment associated with study of these tapes.

01. *True and False Allegations of Sexual Molestations*, 1987. 1.5 hrs.
02. *Loss of Parental Services*, May 6th 1992  Elina Wayrynen and Gilbert Kliman, M.D. 2.0 hrs.
03. *Abuse in Institutions*, August 1st 1995, 2.0 hrs.
04. *Catastrophic Accidents with Lifetime Psychological Damage*, December 5th 1995 2.5 hrs.
05. *Evaluating Psychological Trauma in Catastrophic Accidents (Grosvenor Hotel, San Francisco) 1996*, 2.5 hrs.
06. *Loss of Parental Services (Holiday Inn)*, January 9th 1996, 2.5 hrs.
07. *Loss of Parental Services,* May 12th 1993 1.5 hrs.
08. *True and False Allegations of Sexual Abuse*, June 7th 1993, 1.5 hrs.
09. *Catastrophic Psychological Traumas in Childhood*, February 1994, 2.5 hrs.
10. *The Difficult Client*, February 27th 1996, 2.5 hrs.
11. *The Difficult Client (at Wells Fargo),* February 6th 1996, 2.5 hrs.
12. *Evaluating the Validity of Recovered Memories: Perspective of a Forensic Expert*, February 29th 1996, 1.0 hr.
13. How *Small Clients Get Large Awards*, Psychological Trauma in early childhood produces life time consequences in some cases. Defense and plaintiff considerations. 2.5 hrs.
14. *Giving Powerful Voices to Children in Court: I*, March 20th 1998. Windle Turley, Esq. With Gilbert Kliman, M.D., 2.5 hrs.
15. *Giving Powerful Voices to Children in Court II,* May 8th 1998, John Connelly, Jr. with Gilbert Kliman, M.D., 2.5 hrs.

16. *Giving Powerful Voices to Children in Court III*, June 12th 1998, Marc June, Esq. With Gilbert Kliman, M.D., 2.5 hrs.

17. *Psychoanalysis and the Law: How Child Psychoanalysis Contributes to Justice for Children. Conference at the San Francisco Psychoanalytic Institute*, March 1st 1999, Introduction by Maureen Katz, M.D., Discussion by Katherine MacVicar, M.D., Gilbert Kliman, M.D., presenter. San Francisco Psychoanalytic Institute Extension Division. 1.5 hrs.

# The Children's Psychological Health Center

## Archive of Videotaped Seminars and Events:

– Gilbert Kliman, M.D., Medical Director

**CLINICAL AND SCIENTIFIC TAPES**:

STARRED (*) TAPES BELOW ARE A PRECIOUS ARCHIVE OF INFORMATION ABOUT PROBLEMS AND TREATMENT OF SEVERELY STRESSED CHILDREN. THEY ARE NOT FOR SALE OR COMMERCIAL DISTRIBUTION. THEY MAY BE STUDIED AT CPHC ON-SITE WITH ASSISTANCE OF OUR STAFF BY QUALIFIED RESEARCHERS, CLINICIANS, SPECIAL EDUCATION TEACHERS, ADMINISTRATORS OF NONPROFIT CLINICAL ORGANIZATIONS AND SCHOOLS FOR CHILDREN, SCIENTISTS AND STUDENTS OF RELEVANT DISCIPLINES BY APPOINTMENT AT CPTC HEADQUARTERS. CREDENTIALS, REFERENCES AND CONFIDENTIALITY AGREEMENT ARE REQUIRED COLLABORATIVE RESEARCH ARRANGEMENTS CAN BE CONTRACTED FOR WITH CONFIDENTIALITY AGREEMENTS AND LONG TERM USE OF THE TAPES.

*1.   _Childhood Post Traumatic Stress Disorder (California Pacific Hospital Grand Rounds), 1992_

*2.   _New Theory of Post Traumatic Stress Disorder_, Gilbert Kliman, M.D. December 4th 1992, International Association of Child and Adolescent Psychiatry and Allied Disciplines, Fairmont Hotel, San Francisco.

*3.   _Severe Psychological Trauma in very Young Children_, March 23d 1993

*4.   _Post Traumatic Stress Disorder: Child & Adult_, September 27th 1993

5.   _Cost Effectiveness: Mental Health Services for Foster Children_, September 28th 1993

6.   _Preventive Child Psychiatry , Mc Auley St Mary's_, October 16th 1993,

*7.   _New Theory of Post-Traumatic Stress Disorder, for Int. Association of Child and Adolescent Psychiatry_, July 25th 1994

*8.   _Cornerstone Method Conference, Wells Fargo,_ January 30th 1996

*9.   _Cornerstone Conference: Control - Mastery_ Group, San Francisco Psychoanalytic Institute. February 9th 1996

10.   *Conference on Childhood of Adolf Hitler*: Control-Mastery Group, San Francisco Psychoanalytic Institute, May 17th 1996

11.   *Orientation to the Personal Life History Book Method. CPTC & ACT For Mental Health*, April 4th 1997 (two tapes)

*12.   *The Cornerstone Method: A Public Health Approach. National Association for Social Work and Psychoanalysis*, Seattle. September 26th 1997

*13.   *New Theory of Psychological Trauma: Colloquium, San Francisco Psychoanalytic Institute*, October 12th 1996

*14.   *Treatment of Severely Disturbed Preschoolers in their Public School Special Education Classrooms: A New Application of Intensive Psychotherapy.* American Academy of Child and Adolescent Psychiatry.

*15.   *Treatment of an Autistic Boy, the Cornerstone Method*

*16.   *The Cornerstone Therapeutic Nursery Method*

*17.   *The Cornerstone Method: Unique Features*

18.   *Investing in our Futures: Rotary Club: About the Cornerstone Method*, December 9th 1997 Robert Denebeim, Esq. With Gilbert Kliman, M.D.

19.   *Salavation Army Cornerstone Program:Channel 4 News*. Linda Yee, Reporter.

20.   *Gilbert Kliman M.D. on Channel 4 News*, April 22d 1998. Linda Yee, Reporter.

21.   Orientation to *The Personal Life History Book,* October 13th 1998 (three tapes)

*22.   The Psychoanalytic Psychotherapy of a Four Year Old Boy, 1999. An ongoing archive made with generous permission of the child's family, now totaling over 25 hours. This child has had severe stressors in his life, and suffers behavioral and overanxious symptoms. He has impulse dyscontrol, attentional deficits, and expressive language difficulties from which he can be seen to be recovering. Two excerpted tapes have been created to illustrate features of the child's pathology, and of the response to interpretive aspects of treatment. Gilbert Kliman, M.D. is the psychoanalyst, and the treatment is conducted three times a week, with parent guidance every two weeks. The videographer is in the room. This may be the only existing video archive of a child analysis conducted by a certified child psychoanalyst.

*23.   Cornerstone Treatment Archives: 1995-2008. Ongoing archive of intensive in-classroom treatment of seriously disturbed preschoolers, within their public special education classrooms in San Francisco and San Mateo,  Shelters for homeless families in San

Francisco and Seattle, private therapeutic preschool in San Francisco, and Cornerstone Argentina

24.     Thirty four year follow-up of a Cornerstone Treated autistic child, now recovered. Presented at The San Francisco Psychoanalytic Institute, Child Analysis Study Group, 2001. Permission for public viewing granted by the patient.  Excerpts may be viewed on www.childrenspsychological.org or the entire video obtained from gilbertkliman2008@gmail.com

*25    Orientation of the Family Services Center of King County.  Four days in December, 2007, in Seattle.  Six DVD's.

## Scientific and Educational Video Archives under Dr. Kliman's supervision:

With parental permission, The Children's Psychological Health Center, under Dr. Kliman's leadership, is collecting unedited treatment documents of a special method of treatment in a real life space, called "The Cornerstone therapeutic preschool method." Now totaling over 200 video archive hours, eight different California therapists working with various educator teams have recorded their Cornerstone therapeutic preschool method work. Beginning in 1995, this archive started with Gilbert Kliman, M.D. working for a year as daily in-classroom therapist in a public special education school. He was assisted by Leanne Runyan and Gail Hernandez as the teachers at the San Mateo Early Childhood Education Center, a preschool special education facility of The County of San Mateo. A second team under his supervision included work at The San Francisco Unified School District (Vanessa Vigilante and Esther Kronenberg). Third and fourth teams were at The Salvation Army Gateway Shelter (Vanessa Vigilante as therapist and Lynda Byrd as teacher, Deanna Reardon as therapist and Lynda Byrd as teacher). A fourth was at The Cadence Cornerstone Site at Mt. Pleasant School, San Jose (Karita Hummer, therapist and Kathy Krall, teacher). Fifth team therapy was provided by Jane Christmas. The sixth team therapists was Dr. Miquela Diaz Hope, the seventh Molly Franklin, MFT. All have been extensively videotaped carrying out the method. An eighth team was assembled in late 2002, when Linda Hirshfeld Ph.D. joined as Fellow in Cornerstone Therapy. In 2001 Mike McDonald, Ed.D. became Special Education Director of Cornerstone School. All the treatments are have been under principal supervision of Dr. Kliman with additional supervision by Mali Mann, M.D., Myrna Frankel, Ed.D., and Jan Baeuerlen, M.D.   Linda Hirshfeld, Ph.D. of the Ann Martin Center is conducting the archival work for her Cornerstone Services.

A professional researcher/ training confidentiality agreement is required to study this archive.

S:\GK Private Forensic 7-13-04\CV\PPA CVs\Gilbert Kliman CV ppa 06 02 08.doc