UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-80656-MARRA/JOHNSON

JANE DOE No. 102,

        Plaintiff,

v.

JEFFREY EPSTEIN,

        Defendant,
_____/

## ORDER

This matter came before the Court on Defendant, JEFFREY EPSTEIN'S Unopposed Motion for Extension of Time in Which to Serve a Responsive Pleading to Plaintiff, Jane Doe 102's, Complaint. Having considered Defendant's Unopposed Motion and Plaintiff's counsel being in agreement with the requested extension, it is HEREBY ORDERED and ADJUDGED that:

Defendant's Unopposed Motion is GRANTED. Defendant shall file a Responsive Pleading to Plaintiff, Jane Doe 102's, Complaint on or before July 5, 2009.

DONE and ORDERED this _____ day of June, 2009

                                                             _____
                                                             Kenneth A. Marra
                                                             United States District Judge

Courtesy Copies all counsel