## DECLARATION OF JANE DOE NO. 4

I, █████████, state as follows:

1. I am the Plaintiff identified as Jane Doe No. 4 in this lawsuit.

2. During the past week, three investigators working on behalf of Jeffrey Epstein contacted the office of my former employer, Florida Realty, on three separate occasions.

3. During the contacts, the investigators asked my former employer personal questions about me, including whom I am dating and how they can contact my ex-boyfriend. The investigators obtained the name of my ex-boyfriend from my former employer and have been repeatedly contacting a former co-worker to get the telephone number of my ex-boyfriend. Once they obtained the number of my ex-boyfriend, they have repeatedly contact him, asking very personal questions about my relationship with him, as well as my current relationship, employment, and residence.

4. None of the individuals whom the investigators have contacted or attempted to contact knew that I am a plaintiff in a childhood sexual abuse lawsuit against Jeffrey Epstein, but now they are asking me questions about it.

5. I am worried that Jeffrey Epstein will continue to send investigators to speak with people I know who do not know that I am a Plaintiff in this lawsuit. I am concerned that the investigators will ask these people very personal questions about my life and disclose that I am a Plaintiff in a sexual abuse lawsuit against Jeffrey Epstein. It could cause problems in my social circle and with my future employment and educational opportunities if people find out that I am a plaintiff in a childhood sexual abuse suit against Jeffrey Epstein.

I declare under penalty of perjury the foregoing to be true and correct.



EXHIBIT B

Dated this 17 day of July, 2009

▮▮▮▮▮▮▮▮▮▮▮▮▮ a/k/a/ Jane Doe No. 4