## DECLARATION OF JANE DOE NO. 6

I, ███████████, state as follows:

1.      I am the Plaintiff identified as Jane Doe No. 6 in this lawsuit.

2.      On July 9, 2009, an investigator came to the office of my former employer, A Affordable Auto Insurance, in Lake Worth, Florida.

3.      After the investigator left, I was contacted by my former employer and told that the investigator was asking personal questions about me.

4.      I am worried that Jeffrey Epstein will continue to send investigators to speak with other people I know who do not know that I am a Plaintiff in this lawsuit.  I am concerned that the investigators will ask these people very personal questions about my life and disclose that I am a Plaintiff in a sexual abuse lawsuit against Jeffrey Epstein.

I declare under penalty of perjury the foregoing to be true and correct.

Dated this 22 day of July, 2009



a/k/a/ Jane Doe No. 6



**EXHIBIT**

C