UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CIV-80119-MARRA/JOHNSON

JANE DOE NO. 2,

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/
Related cases:
08-80232, 08-08380, 08-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092
_____/

## AGREED ORDER ON DEFENDANT EPSTEIN'S MOTION TO ATTEND MEDIATION (AS TO CMA V. EPSTEIN AND KELLEN, 08-CIV-80811)

This matter came before the Court on Defendant Epstein's Motion to Attend Mediation and Plaintiff's counsel being in agreement with the entry of this order, it is HEREBY ORDERED and ADJUDGED that:

The court's no contact order, **[DE 238]**, shall not preclude Defendant Epstein from attending Plaintiff Carolyn Andriano's deposition, mediation, or the trial of this case.

DONE and ORDERED this _____ day of _____, 2009

                                              _____
                                              Linnea R. Johnson
                                              United States Magistrate Judge

Courtesy Copies:    Judge Kenneth Marra
                          Counsel of record