UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE NO. 102,  CASE NO.: 09-CV-80656-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JANE DOE NO. 102 and Defendant JEFFREY EPSTEIN (collectively, "Parties"), by and through their undersigned counsel and pursuant to Rule 41(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice. The Parties further stipulate that the Court shall retain jurisdiction to enforce the terms of the Parties' settlement.

Dated this ___ day of December, 2009.

Respectfully submitted,

| | |
|---|---|
| BURMAN, CRITTON, LUTTIER & COLEMAN LLP<br>Attorneys for Jeffrey Epstein<br><br>By: _____<br>Robert Critton<br>Fla. Bar No. 224162<br>rcrit@bclclaw.com<br>303 Banyan Blvd., Suite 400<br>West Palm Beach, FL 33401<br>Telephone: (561) 842-2820<br>Facsimile: (561) 515-3148 | PODHURST ORSECK, P.A.<br>Attorneys for Jane Doe No. 102<br><br>By: _____<br>Katherine W. Ezell<br>Fla. Bar No. 114771<br>kezell@podhurst.com<br>City National Bank Building<br>25 W. Flagler Street, Suite 800<br>Miami, FL 33130<br>Telephone: (305) 358-2800<br>Facsimile: (305) 358-2382 |