UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80656-CIV-MARRA/JOHNSON

JANE DOE NO. 102,

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Stipulation of Dismissal With Prejudice (DE 64), filed December 7, 2009.  The Court has reviewed the Stipulation, the pertinent portions of the record, and is otherwise advised in the premises.  In accordance with the parties' Stipulation, it is **ORDERED AND ADJUDGED** as follows:

1.     The above-styled action is hereby **DISMISSED WITH PREJUDICE.**

2.     All pending motions are **DENIED AS MOOT.**

3.     The Court shall retain jurisdiction to enforce the terms of the parties' settlement.

**4**.     The Clerk shall **CLOSE THIS CASE.**

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida this 8th day of December, 2009.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to:

All counsel of record